UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
[ELECTRONICALLY FILED]

| | |
|---|---|
| HENRY CHARTOFF, AS EXECUTOR OF THE ESTATE OF ETHEL CHARTOFF <br><br> and <br><br> DEBRA CHARTOFF <br><br> Plaintiffs <br><br> v. <br><br> NATIONAL INDEMNITY COMPANY <br><br> and <br><br> THE TRAVELERS HOME AND MARINE INSURANCE COMPANY <br><br> and <br><br> SHIRLEY REISS <br><br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) CASE NO. 3:21-CV-275-BJB ) ) ) ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF REMOVAL

Defendant, National Indemnity Company (hereinafter "NICO"), by counsel, for its Notice of Removal of this action from the Jefferson County Circuit Court to this Court, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, respectfully states as follows:

1. On July 20, 2020, Plaintiffs Debra Chartoff and Henry Chartoff, as Executor of the Estate of Ethel Chartoff, filed an action against Shirley Reiss, Travelers Insurance Company (subsequently dismissed and substituted with The Travelers Home and Marine Insurance

1

Company), and National Indemnity Company in the Jefferson Circuit Court, Civil Action No. 20-CI-004189.[1] Defendants timely answered Plaintiffs' Complaint.

2. This action relates to a motor vehicle accident that occurred on October 30, 2019 in Jefferson County, Kentucky. Plaintiffs asserted multiple claims in their Complaint, including an underinsured motorist claim against NICO, which has denied averments relating to liability and damages and asserted multiple affirmative defenses.

3. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a) and (c) because there is diversity of citizenship between Plaintiff and Defendant NICO and the total amount claimed by Plaintiff exceeds the jurisdictional minimum of $75,000.00.

4. Plaintiffs are citizens of Kentucky.

5. Upon information and belief, Shirley Reiss is a citizen of Kentucky, and she has reached a settlement with Plaintiffs.[2] Thus, removal is appropriate even though she has not yet been formally dismissed from this suit.[3]

6. Pursuant to 28 U.S.C. § 1332(c)(1), a corporation shall be deemed a citizen of its state of incorporation and the state where it has its principal place of business.

7. Upon information and belief, The Travelers Home and Marine Insurance Company is a citizen of Connecticut, where it is incorporated and has its principal place of business, and it has reached a settlement with Plaintiffs.[4] Removal is appropriate even though Travelers has not yet been formally dismissed from this suit.[5]

---

[1] Plaintiffs' Complaint also named Dickerson Family Enterprises, LLC as a defendant. By Voluntary Dismissal Order, Dickerson Family Enterprises, LLC was dismissed from this lawsuit on August 12, 2020.
[2] *See* Correspondence of Counsel, April 6, 2021 and April 29, 2021, which is collectively attached as **Exhibit 1**.
[3] *See* Hiser v. Seay, 2014 WL 6885433 at *3 (W.D.Ky. 2014) ("Plaintiffs concede that they had reached settlement agreements with the Seays and KFB but note that those parties had not been formally dismissed when Defendants filed their notice. [ . . . ] Formal dismissal of the parties required to create diversity jurisdiction is not required as long as the parties have notice that the case will become removable.").
[4] *See* Exhibit 1, Correspondence of Counsel, April 6, 2021.
[5] *See* Hiser, 2014 WL 6885433 at *3.

8. Defendant NICO is a citizen of Nebraska, where it is incorporated and has its principal place of business.

9. Pursuant to 28 U.S.C. § 1446(b), removal must be filed within thirty days after receipt of the initial pleading setting forth the claim for relief. If, however, the case is not initially removable, a notice of removal may be filed within thirty days after defendant receives a copy of a pleading, motion, order or other paper from which "it may first be ascertained that the case is one which is or has become removable" but no more than one year after commencement of the action.[6]

10. This matter was not initially removable due to the presence of non-diverse Defendant Shirley Reiss. Due to Plaintiffs' settlement with Ms. Reiss and forthcoming dismissal, this matter will be removable, and can be removed presently.[7]

11. Plaintiffs' Complaint does not itemize damages or identify the amount in controversy. However, the amount in controversy exceeds $75,000.00, exclusive of interest and costs, by virtue of Plaintiffs' correspondence of April 9, 2021, which demanded a policy limits settlement (NICO's policy limits exceed $75,000.00, exclusive of interest and costs).

12. This case is being removed within or before accrual of the thirty-day deadline under 28 U.S.C. § 1446(b), and within one year of the filing of Plaintiffs' lawsuit, thus, making removal timely.

13. Copies of all process, pleadings, and orders served on this Defendant as of the date of the filing of this Notice of Removal are attached hereto as **Exhibit 2**.

14. A true and correct copy of Defendant's Notice of Removal was filed with the Clerk of Court of the Jefferson County Circuit Court today.

---

[6] 28 U.S.C. 1446(b)-(c).
[7] See Hiser, 2014 WL 6885433 at *3.

WHEREFORE, Defendant, National Indemnity Company, respectfully removes this case from the Jefferson County Circuit Court to this Court for all further proceedings.

Respectfully submitted,

/s/ Thomas E. Stevens
Thomas E. Stevens
Anna C. Zwicky
Blackburn Domene & Burchett
614 W. Main Street, #3000
Louisville, KY  40202
tstevens@bdblawky.com
azwicky@bdblawky.com
*Counsel for Defendant*
*National Indemnity Company*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically on this 3rd day of May, 2021. A Copy of this Notice of Removal was also sent via electronic mail to the following:

James M. Bolus, Jr.
Brennan J. Soergel
600 W. Main Street, Suite 500
Louisville, KY 40202
bo@boluslaw.com
brennan@boluslaw.com
*Counsel for Plaintiffs*

Michael P. Casey
Casey Bailey & Maines, PLLC
3151 Beaumont Centre Circle, Suite 200
Lexington, Kentucky 40513
mcasey@cbmlaw.net
*Counsel for Defendant Shirley Reiss*

Michael S. Maloney
Derrick R. Staton
401 West Main Street, Suite 1600
Louisville, KY 40202
mmaloney@sbmkylaw.com
dstaton@sbmkylaw.com
*Counsel for Defendant The Travelers Home and Marine Insurance Company*

/s/ Thomas E. Stevens
*Counsel for Defendant National Indemnity Company*
