# EXHIBIT 2

NO: _____

<div style="text-align: right">

**JEFFERSON CIRCUIT COURT**

DIVISION _____

JUDGE _____

</div>

**HENRY CHARTOFF AS EXECUTOR OF**                                    **PLAINTIFFS**
**THE ESTATE OF ETHEL CHARTOFF**
-and-
**DEBRA CHARTOFF**

v.                          <u>**COMPLAINT**</u>
                        *"Electronically Filed"*

**SHIRLEY REISS**                                                   **DEFENDANTS**
    <u>Serve</u>: **Shirley Reiss**
         **440 Knightsbridge Rd.**
         **Louisville, KY 40206**

-and-
**TRAVELERS INSURANCE COMPANY**
    <u>Serve</u>: **Corporation Service Company**
         **421 West Main Street**
         **Frankfort, KY 40601**

-and-
**DICKERSON FAMILY ENTERPRISES, LLC**
**d/b/a WHEELCHAIR TRANSPORT**
    <u>Serve</u>: **Damita Dickerson**
         **4350 Brownsboro Rd., Ste. 110**
         **Louisville, KY 40207**

-and-
**NATIONAL INDEMNITY COMPANY**
    <u>Serve</u>: *Via Secretary of State*
         **National Indemnity Company**
         **Raj R. Mehta**
         **1314 Douglas Street, Ste. 1400**
         **Omaha, NE 68102-1944**

    <u>Serve</u>: **Kentucky Secretary of State**
         **Summonses Branch**
         **700 Capital Avenue, Ste. 86**
         **Frankfort, KY 40601**

<div style="text-align: center">

\* \* \* \* \* \* \* \* \* \* \*

</div>

F38D742D-FD4A-4432-84B0-D7094A43EC5A : 000001 of 000056

Come now the Plaintiffs, Henry Chartoff as Executor of the Estate of Ethel Chartoff and Debra Chartoff, individually, by and through counsel, and for their Complaint against Defendants, Shirley Reiss, Travelers Insurance Company, Dickerson Family Enterprises, LLC, and National Indemnity Company, state as follows:

1.      That the motor vehicle accident which forms the basis of this action occurred on October 30, 2019 in Louisville, Jefferson County, Kentucky; that said motor vehicle accident caused the wrongful death of Ethel Chartoff and injured Debra Chartoff; that the Plaintiffs' damages are in excess of the jurisdictional limits of this Court; and these same damages are now due and payable by the Defendants.

2.      That Henry Chartoff is the child of Ethel Chartoff and the lawfully appointed executor of her Estate as reflected in the attached March 9, 2020 Order from the probate division of the Jefferson County District Court (Exhibit A).

3.      That Debra Chartoff is, and at all times relevant hereto has been, a citizen and resident of Louisville, Jefferson County, Kentucky.

4.      That upon information and belief, Defendant Shirley Reiss is, and at all times relevant hereto has been, a citizen and resident of Louisville, Jefferson County, Kentucky.

5.      That upon information and belief, Defendant Travelers Insurance Company is, and at all times relevant hereto has been, a foreign corporation engaged in the insurance business that is licensed and authorized to do, and doing, its business in the Commonwealth of Kentucky; that Defendant Travelers Insurance Company was the motor vehicle insurer of Defendant Shirley Reiss on or about October 30, 2019.

6.      That Defendant Dickerson Family Enterprises, LLC d/b/a Wheelchair Transport is, and at all times relevant hereto has been, a Kentucky company authorized to do, and doing,

F38D742D-FD4A-4432-84B0-D7094A43EC5A : 000002 of 000056

business in the Commonwealth of Kentucky; That Defendant Dickerson Family Enterprises, LLC operated a wheelchair transportation van of which Ethel and Debra Chartoff were passengers on or about October 30, 2019.

7.    That Defendant National Indemnity Company is, and at all times relevant hereto has been, a foreign corporation engaged in the insurance business that is licensed and authorized to do, and doing, business in the Commonwealth of Kentucky; that Defendant National Indemnity Company was the motor vehicle insurer of Defendant Dickerson Family Enterprise, LLC on or about October 30, 2019; that Defendant National Indemnity Company is without an agent for service of process within the Commonwealth of Kentucky and should, therefore, be served by service of process upon the Kentucky Secretary of State, Summonses Branch, for service upon its own agent, Raj R. Mehta, 1314 Douglas Street, Ste. 1400, Omaha, NE 68102-1944.

8.    That on or about October 30, 2019, Ethel Chartoff and Debra Chartoff were passengers in a motor vehicle operated by Claude Dickerson who was acting within the course and scope of his employment with Defendant Dickerson Family Enterprise, LLC; that Defendant Dickerson Family Enterprise, LLC is vicariously liable for the actions of its agents, employees, and/or servants, which include but are not limited to, Claude Dickerson; that the vehicle operated by Claude Dickerson carrying Ethel Chartoff and Debra Chartoff was involved in an automobile collision in Jefferson County, Kentucky caused by Defendant Shirley Reiss' negligent, grossly negligent, and careless conduct in the ownership and/or operation of her motor vehicle.

9.    That the vehicle operated by Defendant Shirley Reiss was insured on the date of the collision by a policy of insurance issued by Defendant Travelers Insurance Company, the

F38D742D-FD4A-4432-84B0-D7094A43EC5A : 000003 of 000056

liability limits of which do not provide sufficient coverage to fully compensate Plaintiffs for the damages directly and proximately caused by the collision.

10.     That on the date of the collision, Plaintiffs and/or the vehicle in which Plaintiffs were passengers (i.e. Defendant Dickerson Family Enterprise, LLC) was covered by a policy of insurance issued by Defendant National Indemnity Company that provided Underinsured Motorist Benefits and coverage applicable to Plaintiffs.

11.     That pursuant to the provisions of the insurance policy of Defendant National Indemnity Company, Plaintiffs are entitled to recover Underinsured Motorist Benefits for the excess damages not compensated by Defendant Shirley Reiss' carrier (i.e. Defendant Travelers Insurance Company), in an amount in excess of the jurisdictional minimum of this Court.

12.     That as a direct and proximate result of the motor vehicle accident on or about October 30, 2019, Ethel Chartoff experienced severe bodily injuries, incurred medical bills, experienced severe pain and suffering, and ultimately died from her injuries on or about November 9, 2019.

13.     That as a direct and proximate result of the motor vehicle accident on or about October 30, 2019, Debra Chartoff experienced bodily injuries, incurred medical bills, and experienced pain and suffering.

14.     That the medical records of Ethel Chartoff indisputably reflect that her cause of death was from the motor vehicle accident on or about October 30, 2019.

15.     That at all times material hereto, Defendant Shirley Reiss was insured by Defendant Travelers Insurance Company.

F38D742D-FD4A-4432-84B0-D7094A43EC5A : 000004 of 000056

F38D742D-FD4A-4432-84B0-D7094A43EC5A : 000005 of 000056

16.     That based on information and belief, the Travelers Insurance Company policy for Shirley Reiss was in effect and had a $500,000.00 liability limit for the October 30, 2019 motor vehicle accident.

17.     That Defendant Travelers Insurance Company has acknowledged coverage for Plaintiffs' claims.

18.     That all conditions precedent to Defendant Travelers Insurance Company's obligation to provide coverage to Shirley Reiss under the terms of her policy have been performed or have occurred.

19.     That Defendant Travelers Insurance Company is, or with a reasonable investigation should have been, aware of the extent of Plaintiffs' injuries and the reasonably clear liability of Shirley Reiss.

20.     That Plaintiffs provided Defendant Travelers Insurance Company with Ethel Chertoff's medical records reflecting her cause of death was from the October 30, 2019 motor vehicle accident; that in response, Defendant Travelers Insurance Company requested information relative to how to how Plaintiffs wanted to split up Travelers' limits of liability between the Plaintiffs; that shortly thereafter, Defendant Travelers Insurance Company requested further information on Ethel Chartoff's cause of death, despite the fact that it already possessed the medical records stating Ethel's cause of death was from the motor vehicle accident; that in response, Plaintiffs provided Defendant Travelers Insurance Company with correspondence from Ethel Chartoff's treating physician affirming the medical records' stated cause of death, i.e. the cause of Ethel's death was from the October 30, 2019 motor vehicle accident; that in response, Defendant Travelers Insurance Company failed to make a reasonable offer of settlement, failed to promptly provide a reasonable explanation for the unreasonable offer, and compelled

Plaintiffs to institute litigation to recover amounts due under the insurance policy by offering substantially less than the amounts likely to be recovered.

21.     That Defendant Travelers Insurance Company, by and through its agents, servants, and employees, has committed common law bad faith in its course of conduct as described above by subjecting its insured to a high probability of a jury verdict which may exceed the policy limits.  That the foregoing actions by Defendant Travelers Insurance Company entitles Plaintiffs to consequential and punitive damages, including prejudgment interest, and reasonable attorney's fees and costs.

22.     That Defendant Travelers Insurance Company, by and through its agents, servants, and employees, has violated the Kentucky Unfair Claims Settlement Practices Act, KRS 304.12-230, in at least the following ways:

  a.  Failing to adopt and implement reasonable standards for the prompt investigation of claims arising under insurance policies;

  b.  Not attempting in good faith to effectuate prompt, fair, and equitable settlements of claims in which liability has become reasonably clear;

  c.  Failing to promptly provide a reasonable explanation of the basis in the insurance policy in relation to the facts or applicable law for denial of a claim or for the offer of a compromise settlement;

  d.  Compelling insureds to institute litigation to recover amounts due under an insurance policy by offering substantially less than the amounts ultimately recovered in actions brought by such insureds; and

  e.  Delaying the investigation or payment of claims by requiring an insured, claimant, or the physician of either to submit a preliminary claim report and then requiring the subsequent submission of formal proof of loss forms, both of which submissions contain substantially the same information.

F38D742D-FD4A-4432-84B0-D7094A43EC5A : 000006 of 000056

23.    That as a direct and proximate result of Defendant Travelers Insurance Company's violations of the Kentucky Unfair Claims Settlement Practices Act, Plaintiffs have suffered substantial damages, including emotional distress, severe anxiety and mental anguish.

24.    That Defendant Travelers Insurance Company's violation of the Kentucky Unfair Claims Settlement Practices Act subjects them to damages as allowed by KRS 446.070.

WHEREFORE, the Plaintiffs respectfully demand relief from the Defendants as follows:

1.    Judgment against the Defendants, jointly and severally, in an amount calculated to fairly and reasonably compensate the Plaintiffs for the damages sustained by them individually as alleged herein;

2.    Destruction of earning capacity;

3.    Pain and suffering;

4.    Medical bills;

5.    Funeral and burial expenses;

6.    Consequential damages;

7.    Punitive damages;

8.    Pre-judgment interest;

9.    Their costs herein expended, including a reasonable attorneys' fee;

10.    Trial by jury; and

11.    Any and all other relief to which they may otherwise be properly entitled.

F38D742D-FD4A-4432-84B0-D7094A43EC5A : 000007 of 000056

Respectfully submitted,

JAMES M. BOLUS, JR.
BRENNAN J. SOERGEL
600 W. Main Street, Suite 500
Louisville, Kentucky  40202
(502) 584-1210
(502) 584-1212 – Facsimile
brennan@boluslaw.com
bo@boluslaw.com


By: /s/ Brennan J. Soergel
     Brennan J. Soergel

## CERTIFICATE OF SERVICE

This will certify that a true copy of the foregoing has been filed electronically on July 20, 2020 with service of process to be effectuated by the Court Clerk on the agents for service of process listed above.

/s/ Brennan J. Soergel
Brennan J. Soergel

F38D742D-FD4A-4432-84B0-D7094A43EC5A : 000009 of 000056

Filed        19-P-005695    12/10/2019        David L. Nicholson, Jefferson Circuit Clerk

AOC-805
Rev. 2-17
Page 3 of 3

IN RE: Estate of ETHEL CHARTOFF

### ORDER

☐  Petition filed this _10_ day of _December_ , _2019_

☑  Will tendered this _09_ day of _March_ , _2020_

Upon hearing, the Will offered was proven by **SELF PROVING** _____ and ORDERED

**PROBATED** as the Last Will and Testament of Decedent this _9th_ day of _March_ , _2020_

The Court appoints:   HENRY CHARTOFF _____ as ☑ Executor/Executrix OR

☐ Administrator/Administratrix of said estate and fixes bond in the sum of $ _500,000._ ☐ with surety  OR

☑ without surety.

_March 9_ , _2020_          _Julia K. Mone_
Date                              Judge's Signature

ENTERED IN COURT
DAVID L. NICHOLSON, CLERK

MAR 09 2020

BY
DEPUTY CLERK

PLAINTIFF'S
EXHIBIT
_A_

Distribution:   Case File
                Revenue Cabinet

Filed          20-CI-004189      07/20/2020      David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
05/03/2021 03:31:28 PM
85787

NO: _____                            **JEFFERSON CIRCUIT COURT**

                                                **DIVISION** _____

                                                **JUDGE** _____

**HENRY CHARTOFF AS EXECUTOR OF**                      **PLAINTIFFS**
**THE ESTATE OF ETHEL CHARTOFF**
**-and-**
**DEBRA CHARTOFF**

v.        **PLAINTIFFS' FIRST SET OF INTERROGATORIES AND**
          **REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT**
                        **SHIRLEY REISS**
                    *"Electronically Filed"*

**SHIRLEY REISS**                                      **DEFENDANTS**
**-and-**
**TRAVELERS INSURANCE COMPANY**
**-and-**
**DICKERSON FAMILY ENTERPRISES, LLC**
**-and-**
**NATIONAL INDEMNITY COMPANY**

* * *   * * *   * * *   * * *

Come now the Plaintiffs, by and through Counsel, and for their First Set of Interrogatories and Request for Production of Documents propounded to Defendant, Shirley Reiss, state as follows:

**INTERROGATORY NO. 1**:          Please state the name, address, official position and/or job title of any and all persons who participated in preparation of the answers to these Interrogatories.

**ANSWER:**

Presiding Judge: HON. A. C. MCKAY CHAUVIN (630220)

EXH.: 000001 of 000014

Filed          20-CI-004189   07/20/2020          David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
05/03/2021 03:31:28 PM
85787

**INTERROGATORY NO. 2**:          With reference to any liability insurance company that may provide coverage to you and/or the vehicle you occupied at the time of the accident, state the following:

    (a) The name and address of the insurance company;

    (b) The policy number and the policy limits provided;

    (c) The amount of any deductible;

    (d) If more than one policy, the above information as to each and all policies that may be applicable in this case;

    (e) Has any insurance company ever raised any questions about policy coverage?  (If so, state the question raised and the present status of the same);

    (f) Are there any additional types of insurance, including but not limited to, an umbrella insurance policy or an excess insurance policy, which may be applicable?

**ANSWER**:


**INTERROGATORY NO. 3**:          State the names, last known address, and telephone number of all persons known by you to have knowledge of the motor vehicle accident that forms the basis of this litigation and/or the circumstances surrounding same.

**ANSWER**:


**INTERROGATORY NO. 4**:          Please describe in detail the facts known by the persons identified in Interrogatory No. 3, with regard to the motor vehicle accident that forms that basis of this litigation.

**ANSWER**:

Presiding Judge: HON. A. C. MCKAY CHAUVIN (630220)

EXH : 000002 of 000014

Filed          20-CI-004189   07/20/2020          David L. Nicholson, Jefferson Circuit Clerk

Filed          20-CI-004189   07/20/2020          David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
05/03/2021 03:31:28 PM
85787

**INTERROGATORY NO. 5**:          In regard to the subject accident, please state:

(a) Where you had just been before the accident, where you were going at the time of the

    accident, and the purpose of the trip?;

(b) What you told the police officers and/or any other individual about how the accident

    occurred;

(c) Describe in your own words how the accident occurred;

(d) What was the speed of the vehicle you were operating at the time of the accident; and

(e) Please describe any and all contributing factors that may have caused the accident.

**ANSWER**:


**INTERROGATORY NO. 6**:          State what you had done in the twenty-four (24)

hours prior to the collision which is the subject of this litigation.

**ANSWER**:


**INTERROGATORY NO. 7**:          State all of your residences in the past ten years.

**ANSWER**:


**INTERROGATORY NO. 8**:          State all of your employers for the past ten years,

including the dates of employment, the occupations held, the salary received and the reasons for

termination and/or leaving any employment.

**ANSWER**:

Presiding Judge: HON. A. C. MCKAY CHAUVIN (630220)

EXH : 000003 of 000014

Filed          20-CI-004189   07/20/2020          David L. Nicholson, Jefferson Circuit Clerk
NOT ORIGINAL DOCUMENT
05/03/2021 03:31:28 PM
85787

**INTERROGATORY NO. 9**:          State the name and address of the owner and all occupants of the vehicle that you were operating at the time of the collision which is the subject matter of this litigation.

**ANSWER**:

**INTERROGATORY NO. 10**:          State the name, and last known address of each person having any knowledge of relevant facts related to the collision that is the basis of this litigation, its cause, or the damage resulting from it.

(a) Have you, or anyone acting on your behalf, obtained a statement or recorded interview from any of these persons;

(b) Who took such statement or recorded interviews;

(c) Who gave said statement or recorded interview; and

(d) Who has a copy of said statement or recorded interview.

**ANSWER**:

**INTERROGATORY NO. 11**:          Do you, or anyone acting on your behalf, have any knowledge that the Plaintiffs had any prior injuries or disease to those parts of their bodies alleged to have been injured in the collision that is the basis of the litigation?  If so, please state the following:

(a) The date of the prior injury or disease;

(b) The anatomy of the body alleged to have been injured and/or diseased; and

(c) The name and addresses of any and all persons who may have knowledge to such facts.

Presiding Judge: HON. A. C. MCKAY CHAUVIN (630220)

EXH : 000004 of 000014

Filed          20-CI-004189   07/20/2020          David L. Nicholson, Jefferson Circuit Clerk

Filed          20-CI-004189    07/20/2020        David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
05/03/2021 03:31:28 PM
85787

**ANSWER**:


**INTERROGATORY NO. 12**:        State the name, last known address and telephone number of any and all persons who may be witnesses as to injuries or physical conditions of the Plaintiffs after the collision which is the subject matter of this litigation.

**ANSWER**:


**INTERROGATORY NO. 13**:        Please describe any statements made by the Plaintiffs that in any way relate to the subject accident.  Furthermore, do you, or anyone acting on your behalf, obtain any statements of the Plaintiffs as previously made concerning this action or its subject matter that is in your possession, custody, or control.  For the purpose of this question, a statement previously made is:

(1) Any oral statement made by the Plaintiffs;

(2) A written statement signed or otherwise adopted or approved by the person making it; or

(3) A stenographic, mechanical, electrical, or other recording or a transcription that is substantially a verbatim recital of an oral statement made by the person(s) making it and contemporaneously recorded.

**ANSWER**:

**INTERROGATORY NO. 14**:        Do you claim any mechanical condition of the vehicles in any way relates to, or caused, the subject collision or the Plaintiffs' injuries? If so, please state the following:

(a) The nature of the alleged defect or failure of the vehicle;

Presiding Judge: HON. A. C. MCKAY CHAUVIN (630220)

EXH : 000005 of 000014

NOT ORIGINAL DOCUMENT
05/03/2021 03:31:28 PM
85787

(b) The date(s) of any repair(s) or maintenance work performed in the past year on the vehicle; and

(c) The name, last known address, and telephone number of the mechanic who performed the repair(s) or maintenance work.

**ANSWER**:


**INTERROGATORY NO. 15**:          Describe the vehicle being driven by you at the time of the collision, including ownership, make, model, year, type of steering, transmission and brakes, weight, length, width, mileage at the time of the accident.

(a) State where the subject vehicle was repaired after the collision which is the basis of this lawsuit;

(b) Give the name and address of the repairman;

(c) Set out all information on any and all repair estimates made of the car or include copies of same with your answer.

**ANSWER**:


**INTERROGATORY NO. 16**:          Were any photographs taken of the vehicles, parties or the scene in question following the collision?  If so, please state the following:

(a) The name, last known address, and telephone number of the person who took such photographs;

(b) The date the photographs were taken;

(c) At whose direction such photographs were taken;

(d) How many photographs were taken;

EXH : 000006 of 000014

NOT ORIGINAL DOCUMENT
05/03/2021 03:31:28 PM
85787

(e) Where the photographs were taken; and

(f) In whose custody are such photographs.

**ANSWER**:

**INTERROGATORY NO. 17**:          State the name, address, telephone number of each expert witness whom you intend to call at the trial of this matter.  For each such expert, please state the following:

(a) State the subject matter on which the expert, if called, is expected to testify;

(b) State the substance of the facts and opinions to which the expert, if called, is expected to testify; and

(c) Give a summary of the grounds for each opinion.

**ANSWER**:

**INTERROGATORY NO. 18**:          Did you consume any intoxicating beverages, or take any drugs, including, but not limited to narcotics, sedatives, tranquilizers, or any other form of medication, prescribed over the counter, during the twenty-four (24) hour period immediately preceding the collision which is the subject matter of this lawsuit.  If so, please state the name, amount, time, and where such drug(s) or intoxicating beverage(s) were consumed.

**ANSWER**:

**INTERROGATORY NO. 19**:          Please state whether you have been involved in any other traffic accidents, including, but not limited to, any other work, or job related traffic

Presiding Judge: HON. A. C. MCKAY CHAUVIN (630220)

EXH : 000007 of 000014

Filed          20-CI-004189   07/20/2020      David L. Nicholson, Jefferson Circuit Clerk
                                             NOT ORIGINAL DOCUMENT
                                             05/03/2021 03:31:28 PM
                                             85787

accidents, in the past ten years, other than the one which is the subject matter of this litigation. For each such accident, please state the date and location.

**ANSWER**:


**INTERROGATORY NO. 20**:      Please list all physicians, including, but not limited to, dentists, optometrists, ophthalmologist, psychologists, psychiatrists, and any other specialist that you have seen in the past ten years.  For each such practitioner, please state the following:

(a) The dates you were seen by each practitioner;

(b) The reason you were seen;

(c) The diagnosis given;

(d) The prognosis given; and

(e) Any medications prescribed.

**ANSWER**:


**INTERROGATORY NO. 21**:      Do you have any restrictions on your driver's license?  If so, state with specificity the restrictions.

**ANSWER**:


**INTERROGATORY NO. 22**:      Were you cited for violating any statute or ordinance as a result of the collision herein or the related events prior or subsequent thereto?  If so, please describe the violation and the disposition or any sanctions related to the same.

**ANSWER**:

Presiding Judge: HON. A. C. MCKAY CHAUVIN (630220)

EXH : 000008 of 000014

Filed        20-CI-004189   07/20/2020        David L. Nicholson, Jefferson Circuit Clerk
NOT ORIGINAL DOCUMENT
05/03/2021 03:31:28 PM
85787

**INTERROGATORY NO. 23**:        Please list the name, last known address, and telephone number of all fact witnesses you intend to call at trial and give a short summary of the expected testimony of each such witness.

**ANSWER**:


**INTERROGATORY NO. 24**:        Please list all exhibits or demonstrative evidence that you intend to utilize at the trial of this matter.

**ANSWER**:


**INTERROGATORY NO. 25**:        Please state all your cell phone number(s) and carrier(s) for any cell phone(s) you used in October of 2019.

**ANSWER**:

Presiding Judge: HON. A. C. MCKAY CHAUVIN (630220)

EXH : 000009 of 000014

Filed          20-CI-004189    07/20/2020          David L. Nicholson, Jefferson Circuit Clerk
                                                  NOT ORIGINAL DOCUMENT
                                                  05/03/2021 03:31:28 PM
                                                  85787

## REQUEST FOR PRODUCTION OF DOCUMENTS

**RPOD 1**:          Produce a copy of any and all documents referred to, relied upon, or referenced in answering the above interrogatories and requests for production of documents.

**RESPONSE**:


**RPOD 2**:          Produce a copy of all exhibits Defendant intends to rely upon at the trial of this action.

**RESPONSE**:


**RPOD 3**:          Produce a Curriculum Vitae or Resume for each individual whom Defendant may call as an expert witness at the trial of this matter.

**RESPONSE**:


**RPOD 4**:          Produce a copy of your driver's license.

**RESPONSE**:


**RPOD 5**:          Produce a copy of the title to the vehicle you were driving at the time of the collision.

**RESPONSE**:


**RPOD 6**:          Produce any and all videos, photographs, drawings, data, memoranda that the you, or anyone acting on your behalf, have of the vehicles, parties, scene of incident or any other matter material to the incident underlying this litigation.

Presiding Judge: HON. A. C. MCKAY CHAUVIN (630220)

EXH : 000010 of 000014

NOT ORIGINAL DOCUMENT
05/03/2021 03:31:28 PM
85787

**RESPONSE**:


**RPOD 7**:      Produce a copy of any damage appraisal or repair documents made of the subject vehicle.

**RESPONSE**:


**RPOD 8**:      Produce any and all insurance agreements or policies under which any person or entity carrying on an insurance business may be liable to satisfy part or all of a judgment that may be rendered in this action or to indemnify or reimburse for payments made to satisfy the judgment, including, but not limited to, any liability insurance policy covering Defendant or the vehicle being driven by the Defendant at the time in question. THIS REQUEST INCLUDES, BUT IS NOT LIMITED, ANY CERTIFIED DECLARATION PAGE FOR ANY APPLICABLE INSURANCE COVERAGE AS WELL AS A CERTIFIED COPY OF THE SUBJECT POLICY.

**RESPONSE**:


**RPOD 9**:      Produce copies of any and all statements previously made by the Plaintiffs and/or Shirley Reiss and/or Claude Dickerson concerning the subject matter of this litigation, including any written statements signed or otherwise adopted or approved by Plaintiffs and/or Shirley Reiss and/or Claude Dickerson and any stenographic, mechanical, electrical, or other type of recording or any transaction thereof about this litigation and contemporaneously recorded.

**RESPONSE**:

Presiding Judge: HON. A. C. MCKAY CHAUVIN (630220)

EXH : 000011 of 000014

NOT ORIGINAL DOCUMENT
05/03/2021 03:31:28 PM
85787

**RPOD 10**:     Produce any and all drawings, maps or sketches of the scene of the collision which has been made the basis of this litigation.

**RESPONSE:**

**RPOD 11**:     Produce a copy of any document related to any investigation of Defendants concerning the subject accident including any document that contains any findings or determinations related to the collision.

**RESPONSE**:

**RPOD 12**:     Produce a copy of any and all documents related to any other automobile accident in which the Defendant has been involved in at any time.

**RESPONSE**:

**RPOD 13**:     Produce a copy of any document related to any violations, citations, or charges initiated by any law enforcement agency and/or brought by any court against the Defendant related to the subject collision.

**RESPONSE**:

**RPOD 14**:     Produce your phone bills and/or phone records for November of 2018, including information on all calls/text messages placed by, or received to, any phone in your possession.

Presiding Judge: HON. A. C. MCKAY CHAUVIN (630220)

EXH : 000012 of 000014

Filed          20-CI-004189   07/20/2020          David L. Nicholson, Jefferson Circuit Clerk
NOT ORIGINAL DOCUMENT
05/03/2021 03:31:28 PM
85787

**RPOD 15**:      For any document which has not been produced on grounds of privilege, please provide a privilege log and state the following:

      (a)     the date each document was generated;

      (b)     the person generating each document;

      (c)     the present custodian of each document; and,

      (d)     a description of each document.

**RESPONSE**:

Respectfully submitted,

JAMES M. BOLUS, JR.
BRENNAN J. SOERGEL
600 W. Main Street, Suite 500
Louisville, Kentucky  40202
(502) 584-1210
(502) 584-1212 – Facsimile
brennan@boluslaw.com
bo@boluslaw.com


By: /s/ Brennan J. Soergel
     Brennan J. Soergel

Presiding Judge: HON. A. C. MCKAY CHAUVIN (630220)

EXH : 000013 of 000014

13

Filed          20-CI-004189   07/20/2020          David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
05/03/2021 03:31:28 PM
85787

## CERTIFICATE OF SERVICE

This will certify that a true copy of the foregoing has been filed electronically on July 20, 2020 as an exhibit to the Complaint, with service of process to be effectuated by the Court Clerk on the agents for service of process listed in the Complaint.

/s/ Brennan J. Soergel
Brennan J. Soergel

Presiding Judge: HON. A. C. MCKAY CHAUVIN (630220)

EXH : 000014 of 000014

Filed          20-CI-004189   07/20/2020          David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
05/03/2021 03:31:32 PM
85787

NO: _____          **JEFFERSON CIRCUIT COURT**

**DIVISION _____**

**JUDGE _____**

**HENRY CHARTOFF AS EXECUTOR OF**          **PLAINTIFFS**
**THE ESTATE OF ETHEL CHARTOFF**
**-and-**
**DEBRA CHARTOFF**

v.          **PLAINTIFFS' FIRST SET OF INTERROGATORIES AND**
**REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT**
**TRAVELERS INSURANCE COMPANY**
*"Electronically Filed"*

**SHIRLEY REISS**          **DEFENDANTS**
**-and-**
**TRAVELERS INSURANCE COMPANY**
**-and-**
**DICKERSON FAMILY ENTERPRISES, LLC**
**-and-**
**NATIONAL INDEMNITY COMPANY**

\* \* \*   \* \* \*   \* \* \*   \* \* \*

Come now the Plaintiffs, by and through Counsel, and for their First Set of Interrogatories

and Request for Production of Documents propounded to Defendant, Travelers Insurance

Company, state as follows:

**INTERROGATORIES**

**INTERROGATORY NO. 1:**          State the name, present address, social security

number, date of birth, occupation, and current employer of each and every person participating in

the preparation of answers to these interrogatories.

**ANSWER:**

Presiding Judge: HON. A. C. MCKAY CHAUVIN (630220)

EXH : 000001 of 000007

Filed          20-CI-004189   07/20/2020          David L. Nicholson, Jefferson Circuit Clerk
                                                          NOT ORIGINAL DOCUMENT
                                                          05/03/2021 03:31:32 PM
                                                          85787

**INTERROGATORY NO. 2:**          Please describe and list every exhibit, document or material upon which you intend to rely at the trial of this action.

**ANSWER:**

**INTERROGATORY NO. 3:**          Did you or any of your employees, agents, or servants prepare, submit, or make any written statement or report -- or was such a statement or report prepared for, submitted to, or made for you or any of your employees, agents, or servants – related to the offer letter of July 16, 2020?  If your answer is in the affirmative, please state the date, the author, the substance, and the contents of each statement or report.

**ANSWER:**

**INTERROGATORY NO. 4:**          Please describe in detail why Defendant Travelers Insurance Company offered what it did in its July 16, 2020 offer letter relative to the October 30, 2019 automobile accident.  This includes a request for you to 1) identify any provisions of the relevant insurance policy on which you rely in making this offer, 2) identify the person who made the decision to offer this amount, 3) provide a description of the facts that support your decision to offer this amount, and 4) describe in detail any actions you took prior to offering this amount.

**ANSWER:**

**INTERROGATORY NO. 5:**          With reference to any liability insurance that may provide coverage to you at the time of the occurrence referenced in the Complaint, state the following:

Presiding Judge: HON. A. C. MCKAY CHAUVIN (630220)

EXH : 000002 of 000007

Filed          20-CI-004189   07/20/2020          David L. Nicholson, Jefferson Circuit Clerk
NOT ORIGINAL DOCUMENT
05/03/2021 03:31:32 PM
85787

(a)     The name and address of the insurance company;

(b)     The policy number and policy limits provided;

(c)     If more than one policy, the above information as to each and all policies;

(d)     Has any such insurance company raised any questions about coverage;

(e)     Are than any additional types of insurance, including but not limited to, an umbrella policy, which may be applicable.  If so, state the same information requested in subparts (a) and (b) above; and

(f)     List the deductible to each and every policy listed above.

**ANSWER:**

**INTERROGATORY NO. 6:**     State the name, address and phone number of each and every person known to you or your attorney to be a witness to facts or allegations referenced in the Complaint.

**ANSWER:**

**INTERROGATORY NO. 7:**     Give the name and address of every expert witness who the Defendant or Defendant's counsel may call as a witness at the trial of this action.  With respect to each expert witness listed, state the subject matter on which the expert is expected to testify; the substance of the facts and opinions to which the expert is expected to testify; and a summary of the grounds for each opinion.

**ANSWER:**

Presiding Judge: HON. A. C. MCKAY CHAUVIN (630220)

EXH : 000003 of 000007

Filed          20-CI-004189   07/20/2020          David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
05/03/2021 03:31:32 PM
85787

**INTERROGATORY NO. 8:**          Please describe in detail any and all policies, procedures, guidelines, or other documentation your organization maintains that relates to extending offers of settlement under an existing policy.

**ANSWER:**


**INTERROGATORY NO. 9:**          Did you establish a claim file upon receipt of the claim which is the subject of this litigation?  If so, please state the date that the claim file was established and the adjuster assigned to said claim file.

**ANSWER:**


## REQUESTS FOR PRODUCTION OF DOCUMENTS

**REQUEST NO. 1:**    Provide a copy of any liability insurance policy held by Shirley Reiss on October 30, 2019 and the present and any other insurance policies referred to in your response to Interrogatories, including but not limited to any liability insurance policy that provides coverage to you for the acts referenced in the complaint.  This request includes declaration pages for any such insurance policies.

**RESPONSE:**


**REQUEST NO. 2:**    Provide a copy of any and all documents, investigation, and correspondence, including but not limited to emails, that discuss or specifically reference Shirley Reiss' insurance policy that is the subject of this litigation.

**RESPONSE:**

Presiding Judge: HON. A. C. MCKAY CHAUVIN (630220)

EXH.: 000004 of 000007

Filed          20-CI-004189   07/20/2020          David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
05/03/2021 03:31:32 PM
85787

**REQUEST NO. 3:**   Provide a copy of any and all insurance policies or contracts Defendant entered into with Shirley Reiss.

**RESPONSE:**

**REQUEST NO. 4:**   Please provide a copy of any and all claim manuals or guidelines that have been in effect that currently apply or have applied to Shirley Reiss' policy.

**RESPONSE:**

**REQUEST NO. 5:**   Please provide a copy of any claims file relating to or regarding Shirley Reiss, including but not limited to any and all document that relate to or address Defendant's basis for its offer letter of July 16, 2020.

**RESPONSE:**

**REQUEST NO. 6:**   Provide a copy of any and all other documents not already provided that relate in any way to Shirley Reiss' insurance policy.

**RESPONSE:**

**REQUEST NO. 7:**   Provide a copy of a resume or CV of any expert who will testify on Defendant's behalf at trial.

**RESPONSE:**

**REQUEST NO. 8:**   Provide a copy of any and all documents referred to, relied upon, or otherwise referenced in responding to the above Interrogatories and Requests for Production of Documents, regardless of the origin of said documents.

Presiding Judge: HON. A. C. MCKAY CHAUVIN (630220)

EXH : 000005 of 000007

NOT ORIGINAL DOCUMENT
05/03/2021 03:31:32 PM
85787

**RESPONSE:**

**REQUEST NO. 9**:        For any document which has not been produced on grounds of

privilege, please provide a privilege log and state the following:

    (a)    the date each document was generated;

    (b)    the person generating each document;

    (c)    the present custodian of each document; and,

    (d)    a description of each document.

**RESPONSE**:


        Respectfully submitted,

        JAMES M. BOLUS, JR.
        BRENNAN J. SOERGEL
        600 W. Main Street, Suite 500
        Louisville, Kentucky  40202
        (502) 584-1210
        (502) 584-1212 – Facsimile
        brennan@boluslaw.com
        bo@boluslaw.com


        By: /s/ Brennan J. Soergel
            Brennan J. Soergel

Presiding Judge: HON. A. C. MCKAY CHAUVIN (630220)

EXH : 000006 of 000007

Filed          20-CI-004189   07/20/2020          David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
05/03/2021 03:31:32 PM
85787

## CERTIFICATE OF SERVICE

This will certify that a true copy of the foregoing has been filed electronically on July 20, 2020 as an exhibit to the Complaint, with service of process to be effectuated by the Court Clerk on the agents for service of process listed in the Complaint.

/s/ Brennan J. Soergel
Brennan J. Soergel

Presiding Judge: HON. A. C. MCKAY CHAUVIN (630220)

EXH : 000007 of 000007

Filed          20-CI-004189   07/20/2020          David L. Nicholson, Jefferson Circuit Clerk

Filed          20-Ci-004189   07/20/2020          David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
05/03/2021 03:31:35 PM
85787

NO: _____                    **JEFFERSON CIRCUIT COURT**

                                         **DIVISION _____**

                                         **JUDGE _____**

**HENRY CHARTOFF AS EXECUTOR OF**                    **PLAINTIFFS**
**THE ESTATE OF ETHEL CHARTOFF**
**-and-**
**DEBRA CHARTOFF**

v.          **PLAINTIFFS' FIRST SET OF INTERROGATORIES AND**
            **REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT**
                 **DICKERSON FAMILY ENTERPRISES, LLC d/b/a**
                       **WHEELCHAIR TRANSPORT**
                          *"Electronically Filed"*

**SHIRLEY REISS**                                    **DEFENDANTS**
**-and-**
**TRAVELERS INSURANCE COMPANY**
**-and-**
**DICKERSON FAMILY ENTERPRISES, LLC**
**-and-**
**NATIONAL INDEMNITY COMPANY**

                    * * *   * * *   * * *   * * *

     Come now the Plaintiffs, by and through Counsel, and for their First Set of

Interrogatories and Request for Production of Documents propounded to Defendant, Dickerson

Family Enterprises, d/b/a Wheelchair Transport, state as follows:

     **INTERROGATORY NO. 1**:          Please state the name, address, official position

and/or job title of any and all persons who participated in preparation of the answers to these

Interrogatories.

     **ANSWER:**

Presiding Judge: HON. A. C. MCKAY CHAUVIN (630220)

EXH : 000001 of 000014

NOT ORIGINAL DOCUMENT
05/03/2021 03:31:35 PM
85787

**INTERROGATORY NO. 2**:          With reference to any liability insurance company that may provide coverage to you and/or the Plaintiffs at the time of the accident, state the following:

(a) The name and address of the insurance company;

(b) The policy number and the policy limits provided, including underinsured motorist benefits applicable to the Plaintiffs;

(c) The amount of any deductible;

(d) If more than one policy, the above information as to each and all policies that may be applicable in this case;

(e) Has any insurance company ever raised any questions about policy coverage?  (If so, state the question raised and the present status of the same);

(f) Are there any additional types of insurance, including but not limited to, an umbrella insurance policy or an excess insurance policy, which may be applicable?

**ANSWER**:


**INTERROGATORY NO. 3**:          State the names, last known address, and telephone number of all persons known by you to have knowledge of the motor vehicle accident that forms the basis of this litigation and/or the circumstances surrounding same.

**ANSWER**:


**INTERROGATORY NO. 4**:          Please describe in detail the facts known by the persons identified in Interrogatory No. 3, with regard to the motor vehicle accident that forms that basis of this litigation.

Presiding Judge: HON. A. C. MCKAY CHAUVIN (630220)

EXH : 000002 of 000014

NOT ORIGINAL DOCUMENT
05/03/2021 03:31:35 PM
85787

**ANSWER**:

**INTERROGATORY NO. 5**:          In regard to the subject accident, please state:

(a) Where Claude Dickerson had just been before the accident, where he were going at the time of the accident, and the purpose of the trip?;

(b) What Claude Dickerson told the police officers and/or any other individual about how the accident occurred;

(c) Describe in your own words how the accident occurred;

(d) What was the speed of the vehicle that Claude Dickerson was operating at the time of the accident; and

(e) Please describe any and all contributing factors that may have caused the accident.

**ANSWER**:


**INTERROGATORY NO. 6**:          State what Claude Dickerson had done in the twenty-four (24) hours prior to the collision which is the subject of this litigation.

**ANSWER**:


**INTERROGATORY NO. 7**:          State all of your residences in the past ten years.

**ANSWER**:


**INTERROGATORY NO. 8**:          State all of your employees for the past ten years, including the dates of employment, the occupations held, the salary received and the reasons for termination and/or leaving any employment.

**ANSWER**:

Presiding Judge: HON. A. C. MCKAY CHAUVIN (630220)

EXH : 000003 of 000014

Filed        20-CI-004189   07/20/2020        David L. Nicholson, Jefferson Circuit Clerk
NOT ORIGINAL DOCUMENT
05/03/2021 03:31:35 PM
85787

**INTERROGATORY NO. 9**:        State the name and address of the owner and all occupants of the vehicle that Claude Dickerson was operating at the time of the collision which is the subject matter of this litigation.

**ANSWER**:

**INTERROGATORY NO. 10**:        State the name, and last known address of each person having any knowledge of relevant facts related to the collision that is the basis of this litigation, its cause, or the damage resulting from it.

(a) Have you, or anyone acting on your behalf, obtained a statement or recorded interview from any of these persons;

(b) Who took such statement or recorded interviews;

(c) Who gave said statement or recorded interview; and

(d) Who has a copy of said statement or recorded interview.

**ANSWER**:

**INTERROGATORY NO. 11**:        Do you, or anyone acting on your behalf, have any knowledge that the Plaintiffs had any prior injuries or disease to those parts of their bodies alleged to have been injured in the collision that is the basis of the litigation?  If so, please state the following:

(a) The date of the prior injury or disease;

(b) The anatomy of the body alleged to have been injured and/or diseased; and

Presiding Judge: HON. A. C. MCKAY CHAUVIN (630220)

EXH : 000004 of 000014

Filed        20-CI-004189   07/20/2020        David L. Nicholson, Jefferson Circuit Clerk

Filed          20-CI-004189    07/20/2020          David L. Nicholson, Jefferson Circuit Clerk
NOT ORIGINAL DOCUMENT
05/03/2021 03:31:35 PM
85787

(c) The name and addresses of any and all persons who may have knowledge to such facts.

**ANSWER**:


**INTERROGATORY NO. 12**:        State the name, last known address and telephone number of any and all persons who may be witnesses as to injuries or physical conditions of the Plaintiffs after the collision which is the subject matter of this litigation.

**ANSWER**:


**INTERROGATORY NO. 13**:        Please describe any statements made by the Plaintiffs that in any way relate to the subject accident.  Furthermore, do you, or anyone acting on your behalf, obtain any statements of the Plaintiffs as previously made concerning this action or its subject matter that is in your possession, custody, or control.  For the purpose of this question, a statement previously made is:

(1) Any oral statement made by the Plaintiffs;

(2) A written statement signed or otherwise adopted or approved by the person making it; or

(3) A stenographic, mechanical, electrical, or other recording or a transcription that is substantially a verbatim recital of an oral statement made by the person(s) making it and contemporaneously recorded.

**ANSWER**:

Presiding Judge: HON. A. C. MCKAY CHAUVIN (630220)

EXH : 000005 of 000014

Filed          20-CI-004189    07/20/2020          David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
05/03/2021 03:31:35 PM
85787

**INTERROGATORY NO. 14**:          Do you claim any mechanical condition of any vehicle in any way relates to, or caused, the subject collision or the Plaintiffs' injuries?  If so, please state the following:

(a) The nature of the alleged defect or failure of the vehicle(s);

(b) The date(s) of any repair(s) or maintenance work performed in the past year on the vehicle(s); and

(c) The name, last known address, and telephone number of the mechanic who performed the repair(s) or maintenance work.

**ANSWER**:


**INTERROGATORY NO. 15**:          Describe the vehicle being driven by Claude Dickerson at the time of the collision, including ownership, make, model, year, type of steering, transmission and brakes, weight, length, width, mileage at the time of the accident.

(a) State where the subject vehicle was repaired after the collision which is the basis of this lawsuit;

(b) Give the name and address of the repairman;

(c) Set out all information on any and all repair estimates made of the car or include copies of same with your answer.

**ANSWER**:


**INTERROGATORY NO. 16**:          Were any photographs taken of the vehicles, parties or the scene in question following the collision?  If so, please state the following:

Presiding Judge: HON. A. C. MCKAY CHAUVIN (630220)

EXH : 000006 of 000014

Filed          20-CI-004189   07/20/2020          David L. Nicholson, Jefferson Circuit Clerk
NOT ORIGINAL DOCUMENT
05/03/2021 03:31:35 PM
85787

(a) The name, last known address, and telephone number of the person who took such photographs;

(b) The date the photographs were taken;

(c) At whose direction such photographs were taken;

(d) How many photographs were taken;

(e) Where the photographs were taken; and

(f) In whose custody are such photographs.

**ANSWER**:


**INTERROGATORY NO. 17**:          State the name, address, telephone number of each expert witness whom you intend to call at the trial of this matter.  For each such expert, please state the following:

(a) State the subject matter on which the expert, if called, is expected to testify;

(b) State the substance of the facts and opinions to which the expert, if called, is expected to testify; and

(c) Give a summary of the grounds for each opinion.

**ANSWER**:


**INTERROGATORY NO. 18**:          Did Claude Dickerson consume any intoxicating beverages, or take any drugs, including, but not limited to narcotics, sedatives, tranquilizers, or any other form of medication, prescribed over the counter, during the twenty-four (24) hour period immediately preceding the collision which is the subject matter of this lawsuit.  If so,

Presiding Judge: HON. A. C. MCKAY CHAUVIN (630220)

EXH : 000007 of 000014

Filed          20-CI-004189   07/20/2020          David L. Nicholson, Jefferson Circuit Clerk
NOT ORIGINAL DOCUMENT
05/03/2021 03:31:35 PM
85787

please state the name, amount, time, and where such drug(s) or intoxicating beverage(s) were consumed.

**ANSWER**:

**INTERROGATORY NO. 19**:      Please state whether Claude Dickerson has been involved in any other traffic accidents, including, but not limited to, any other work, or job related traffic accidents, in the past ten years, other than the one which is the subject matter of this litigation.  For each such accident, please state the date and location.

**ANSWER**:

**INTERROGATORY NO. 20**:      Please list all physicians, including, but not limited to, dentists, optometrists, ophthalmologist, psychologists, psychiatrists, and any other specialist that you have seen in the past ten years.  For each such practitioner, please state the following:

  (a) The dates you were seen by each practitioner;

  (b) The reason you were seen;

  (c) The diagnosis given;

  (d) The prognosis given; and

  (e) Any medications prescribed.

**ANSWER**:

**INTERROGATORY NO. 21**:      Does Claude Dickerson have any restrictions on his driver's license?  If so, state with specificity the restrictions.

**ANSWER**:

Presiding Judge: HON. A. C. MCKAY CHAUVIN (630220)

EXH.: 000008 of 000014

NOT ORIGINAL DOCUMENT
05/03/2021 03:31:35 PM
85787

**INTERROGATORY NO. 22**:        Was Claude Dickerson cited for violating any statute or ordinance as a result of the collision herein or the related events prior or subsequent thereto?  If so, please describe the violation and the disposition or any sanctions related to the same.

**ANSWER**:


**INTERROGATORY NO. 23**:        Please list the name, last known address, and telephone number of all fact witnesses you intend to call at trial and give a short summary of the expected testimony of each such witness.

**ANSWER**:


**INTERROGATORY NO. 24**:        Please list all exhibits or demonstrative evidence that you intend to utilize at the trial of this matter.

**ANSWER**:


**INTERROGATORY NO. 25**:        Please state all of Claude Dickerson's cell phone number(s) and carrier(s) for any cell phone(s) he used in October of 2019.

**ANSWER**:

Presiding Judge: HON. A. C. MCKAY CHAUVIN (630220)

EXH : 000009 of 000014

Filed          20-CI-004189   07/20/2020          David L. Nicholson, Jefferson Circuit Clerk
NOT ORIGINAL DOCUMENT
05/03/2021 03:31:35 PM
85787

## REQUEST FOR PRODUCTION OF DOCUMENTS

**RPOD 1**:          Produce a copy of any and all documents referred to, relied upon, or referenced in answering the above interrogatories and requests for production of documents.

**RESPONSE**:

**RPOD 2**:          Produce a copy of all exhibits Defendant intends to rely upon at the trial of this action.

**RESPONSE**:

**RPOD 3**:          Produce a Curriculum Vitae or Resume for each individual whom Defendant may call as an expert witness at the trial of this matter.

**RESPONSE**:

**RPOD 4**:          Produce a copy of Claude Dickerson's driver's license.

**RESPONSE**:

**RPOD 5**:          Produce a copy of the title to the vehicle Claude Dickerson was driving at the time of the collision.

**RESPONSE**:

**RPOD 6**:          Produce any and all videos, photographs, drawings, data, memoranda that the you, or anyone acting on your behalf, have of the vehicles, parties, scene of incident or any other matter material to the incident underlying this litigation.

Presiding Judge: HON. A. C. MCKAY CHAUVIN (630220)

EXH : 000010 of 000014

NOT ORIGINAL DOCUMENT
05/03/2021 03:31:35 PM
85787

**RESPONSE**:


**RPOD 7**:        Produce a copy of any damage appraisal or repair documents made of the

subject vehicle.

**RESPONSE**:


**RPOD 8**:        Produce any and all insurance agreements or policies under which any

person or entity carrying on an insurance business may be liable to satisfy part or all of a

judgment that may be rendered in this action or to indemnify or reimburse for payments made to

satisfy the judgment, including, but not limited to, any liability insurance policy covering

Defendant or the vehicle being driven by the Defendant at the time in question. THIS REQUEST

INCLUDES, BUT IS NOT LIMITED, ANY CERTIFIED DECLARATION PAGE FOR ANY

APPLICABLE INSURANCE COVERAGE AS WELL AS A CERTIFIED COPY OF THE

SUBJECT POLICY.

**RESPONSE**:


**RPOD 9**:        Produce copies of any and all statements previously made by the Plaintiffs

and/or Shirley Reiss and/or Claude Dickerson concerning the subject matter of this litigation,

including any written statements signed or otherwise adopted or approved by Plaintiffs and/or

Shirley Reiss and/or Claude Dickerson and any stenographic, mechanical, electrical, or other

type of recording or any transaction thereof about this litigation and contemporaneously

recorded.

**RESPONSE**:

Presiding Judge: HON. A. C. MCKAY CHAUVIN (630220)

EXH : 000011 of 000014

Filed        20-CI-004189   07/20/2020        David L. Nicholson, Jefferson Circuit Clerk
NOT ORIGINAL DOCUMENT
05/03/2021 03:31:35 PM
85787

**RPOD 10**:   Produce any and all drawings, maps or sketches of the scene of the collision which has been made the basis of this litigation.

**RESPONSE**:


**RPOD 11**:   Produce a copy of any document related to any investigation of Defendants concerning the subject accident including any document that contains any findings or determinations related to the collision.

**RESPONSE**:


**RPOD 12**:   Produce a copy of any and all documents related to any other automobile accident in which the Defendant has been involved in at any time.

**RESPONSE**:


**RPOD 13**:   Produce a copy of any document related to any violations, citations, or charges initiated by any law enforcement agency and/or brought by any court against the Defendant related to the subject collision.

**RESPONSE**:


**RPOD 14**:   Produce Claude Dickerson's phone bills and/or phone records for October of 2019, including information on all calls/text messages placed by, or received to, any phone in your possession.

Presiding Judge: HON. A. C. MCKAY CHAUVIN (630220)

EXH : 000012 of 000014

Filed          20-CI-004189    07/20/2020        David L. Nicholson, Jefferson Circuit Clerk
                               NOT ORIGINAL DOCUMENT
                               05/03/2021 03:31:35 PM
                               85787

**RPOD 15**:        For  any  document  which  has  not  been  produced  on  grounds  of

privilege, please provide a privilege log and state the following:

(a)    the date each document was generated;

(b)    the person generating each document;

(c)    the present custodian of each document; and,

(d)    a description of each document.

**RESPONSE**:

Respectfully submitted,

JAMES M. BOLUS, JR.
BRENNAN J. SOERGEL
600 W. Main Street, Suite 500
Louisville, Kentucky  40202
(502) 584-1210
(502) 584-1212 – Facsimile
brennan@boluslaw.com
bo@boluslaw.com

By: /s/ Brennan J. Soergel
      Brennan J. Soergel

Presiding Judge: HON. A. C. MCKAY CHAUVIN (630220)

EXH : 000013 of 000014

Filed        20-CI-004189    07/20/2020        David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
05/03/2021 03:31:35 PM
85787

## CERTIFICATE OF SERVICE

This will certify that a true copy of the foregoing has been filed electronically on July 20, 2020 as an exhibit to the Complaint, with service of process to be effectuated by the Court Clerk on the agents for service of process listed in the Complaint.

/s/ Brennan J. Soergel
Brennan J. Soergel

Presiding Judge: HON. A. C. MCKAY CHAUVIN (630220)

EXH : 000014 of 000014

Filed          20-CI-004189   07/20/2020          David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
05/03/2021 03:31:39 PM
85787

NO: _____

**JEFFERSON CIRCUIT COURT**

**DIVISION** _____

**JUDGE** _____

**HENRY CHARTOFF AS EXECUTOR OF**                           **PLAINTIFFS**
**THE ESTATE OF ETHEL CHARTOFF**
**-and-**
**DEBRA CHARTOFF**

v.          **PLAINTIFFS' FIRST SET OF INTERROGATORIES AND**
          **REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT**
          **NATIONAL INDEMNITY COMPANY**
          *"Electronically Filed"*

**SHIRLEY REISS**                                          **DEFENDANTS**
**-and-**
**TRAVELERS INSURANCE COMPANY**
**-and-**
**DICKERSON FAMILY ENTERPRISES, LLC**
**-and-**
**NATIONAL INDEMNITY COMPANY**

**\* \* \*   \* \* \*   \* \* \*   \* \* \***

Come now the Plaintiffs, by and through Counsel, and for their First Set of Interrogatories and Request for Production of Documents propounded to Defendant, National Indemnity Company, states as follows:

**INTERROGATORY NO. 1**:          Please state the name, address, official position and/or job title of any and all persons who participated in preparation of the answers to these Interrogatories.

**ANSWER:**

**INTERROGATORY NO. 2:**          State whether the Plaintiff is, or was insured under, a policy or policies of insurance, which the Defendant claims or believes may provide coverage

Filed          20-CI-004189   07/20/2020          David L. Nicholson, Jefferson Circuit Clerk

Presiding Judge: HON. A. C. MCKAY CHAUVIN (630220)

EXH : 000001 of 000011

Filed          20-CI-004189     07/20/2020          David L. Nicholson, Jefferson Circuit Clerk
NOT ORIGINAL DOCUMENT
05/03/2021 03:31:39 PM
85787

for the claims made herein by the Plaintiff, whether such coverage is primary, excess, or umbrella, or other type of coverage.  If so, state for each policy that policy number, insurance carrier, type and limits of liability coverage, and whether the carrier has denied coverage and/or reserved rights.

**ANSWER:**

**INTERROGATORY NO. 3**:      State the names, last known address, and telephone number of all persons known by the Defendant to have knowledge of the motor vehicle accident that forms the basis of this litigation and/or the circumstances surrounding same.

**ANSWER**:

**INTERROGATORY NO. 4**:      Please describe in detail the facts known by the persons identified in Interrogatory No. 3, with regard to the motor vehicle accident that forms that basis of this litigation.

**ANSWER**:

**INTERROGATORY NO. 5**:      Has the Defendant conducted an investigation into the motor vehicle accident that forms the basis of this litigation?  If so, please identify any and all reports prepared and/or conclusions reached in said investigation with regard to the facts and circumstances surrounding the subject collision?

**ANSWER:**

Presiding Judge: HON. A. C. MCKAY CHAUVIN (630220)

EXH : 000002 of 000011

Filed          20-CI-004189   07/20/2020          David L. Nicholson, Jefferson Circuit Clerk
NOT ORIGINAL DOCUMENT
05/03/2021 03:31:39 PM
85787

**INTERROGATORY NO. 6**:          State the name, and last known address of each person having any knowledge of relevant facts related to the collision that is the basis of this litigation, its cause, or the damage resulting from it.

    (a) Has the Defendant, or anyone acting on his behalf, obtained a statement or recorded interview from any of these persons, including the Plaintiff;

    (b) Who took such statement or recorded interviews;

    (c) Who gave said statement or recorded interview; and

    (d) Who has a copy of said statement or recorded interview.

**ANSWER**:

**INTERROGATORY NO. 7:**          State the name, address, telephone number of any person who may be called as a non-expert witness at the trial of this matter, and describe in detail the facts known by each person listed and the testimony expected of each person.

**ANSWER:**

**INTERROGATORY NO. 8:**          State    the    name,    address,    telephone    and qualifications of any person who may be called as an expert witness on behalf of the Defendant. For each person so identified, state the subject matter to which the expert witness is expected to testify, a synopsis of the facts and opinions that he/she is expected to testify to, and a summary of the ground for each such opinion held.

**ANSWER:**

Presiding Judge: HON. A. C. MCKAY CHAUVIN (630220)

EXH : 000003 of 000011

NOT ORIGINAL DOCUMENT
05/03/2021 03:31:39 PM
85787

**INTERROGATORY NO. 9:**        Please identify any and all exhibits, demonstrative evidence, or other documentary evidence, that Defendant intends to utilize at the trial of this matter.

**ANSWER:**

**INTERROGATORY NO. 10:**        Please describe in detail the factual basis for any and all affirmative defenses asserted in your Answer in this action.

**ANSWER:**

**INTERROGATORY NO. 11**:  State the name and address of the person and/or entity that this Defendant believes may be liable for the motor vehicle accident described in the Plaintiff's Complaint and/or would justify apportionment of comparative fault, please identify said person and/or entity and describe in detail the facts that may warrant apportionment.

**ANSWER:**

**INTERROGATORY NO. 12**:        State the name, address and telephone number of the owner and all occupants of the motor vehicles that operated at the time of the collision, and were involved in said collision, which is the subject matter of this litigation.

**ANSWER**:

**INTERROGATORY NO. 13**:        In regard to the subject collision, please provide any information regarding the actions or conduct of either Plaintiffs, Shirley Reiss, or Claude Dickerson that relates to the accident, including but not limited to:

NOT ORIGINAL DOCUMENT
05/03/2021 03:31:39 PM
85787

(a) Where Plaintiffs, Shirley Reiss, and Claude Dickerson had just been before the accident, where Plaintiffs, Shirley Reiss, and Claude Dickerson were going at the time of the accident, and the purpose of the trips;

(b) What Plaintiffs, Shirley Reiss, and Claude Dickerson told the police officers and/or any other individual about what occurred during the accident;

(c) Describe in detail how and why the accident occurred;

(d) What was the speed of Shirley Reiss' and Claude Dickerson's vehicle at the time of the collision; and

(e) Please describe any and all contributing factors that may have cause the accident.

**ANSWER**:

**INTERROGATORY NO. 14**:          Does this Defendant, or anyone acting on its behalf, have any knowledge that the Plaintiffs had any prior injuries or disease to those parts of their bodies alleged to have been injured in the collision that is the basis of the litigation?  If so, please state the following:

(a) The date of the prior injury or disease;

(b) The anatomy of the body alleged to have been injured and/or diseased; and

(c) The name and addresses of any and all persons who may have knowledge to such facts.

**ANSWER**:

**INTERROGATORY NO. 15**:          Does the Defendant claim any mechanical condition of any vehicle in any way relates to, or caused, the subject collision or the Plaintiffs' injuries?  If so, please state the following:

Presiding Judge: HON. A. C. MCKAY CHAUVIN (630220)

EXH : 000005 of 000011

NOT ORIGINAL DOCUMENT
05/03/2021 03:31:39 PM
85787

(a) The nature of the alleged defect or failure of the vehicle(s);

(b) The date(s) of any repair(s) or maintenance work performed in the past year on the vehicle(s); and

(c) The name, last known address, and telephone number of the mechanic who performed the repair(s) or maintenance work.

**ANSWER**:


**INTERROGATORY NO. 16**:          Describe the motor vehicles being driven by Claude Dickerson and Shirley Reiss at the time of the collision, including make, model, year, type of steering, transmission and brakes, weight (with and without any freight), length, width, and mileage at the time of the accident.

(a) State where the subject motor vehicles were repaired after the collision which is the basis of this lawsuit;

(b) Give the name and address of the repairman and/or repair company;

(c) Set out all information on any and all repair estimates made of the vehicle, and include copies of same with your answer.

**ANSWER**:


**INTERROGATORY NO. 17**:          Were any photographs taken of the motor vehicles, ambulance, parties or the scene in question following the collision?   If so, please state the following:

(a) The name, last known address, and telephone number of the person who took such photographs;

Presiding Judge: HON. A. C. MCKAY CHAUVIN (630220)

EXH : 000006 of 000011

Filed          20-CI-004189   07/20/2020          David L. Nicholson, Jefferson Circuit Clerk
NOT ORIGINAL DOCUMENT
05/03/2021 03:31:39 PM
85787

(b) The date the photographs were taken;

(c) At whose direction such photographs were taken;

(d) How many photographs were taken;

(e) Where the photographs were taken; and

(f) In whose custody are such photographs.

**ANSWER**:


**INTERROGATORY NO. 18**:          Were anyone cited for, or charged with, violating any statute or ordinance as a result of the collision herein or the related events prior or subsequent thereto?   If so, please describe the alleged violations and/or charges and the disposition or any sanctions related to the same.

**ANSWER**:


**INTERROGATORY NO. 19**:          Does the Defendant contend that the Plaintiff's injuries were not sustained and/or related to the accident of October 30, 2019?  If so, please state all facts upon which you rely upon to support this contention.

**ANSWER**:

Presiding Judge: HON. A. C. McKAY CHAUVIN (630220)

EXH : 000007 of 000011

Filed          20-CI-004189   07/20/2020          David L. Nicholson, Jefferson Circuit Clerk
NOT ORIGINAL DOCUMENT
05/03/2021 03:31:39 PM
85787

## REQUESTS FOR PRODUCTION OF DOCUMENTS

**RPOD 1**:      Produce a copy of all exhibits you intend to rely upon at the trial of this action.

**RESPONSE**:

**RPOD 2**:      Produce a Curriculum Vitae or Resume for each individual whom you may call as an expert witness at the trial of this matter.

**RESPONSE**:

**RPOD 3**:      Produce any and all videos, photographs, drawings, data, memoranda that the Defendant, or anyone acting on Defendant's behalf, have of the vehicles, parties, scene of incident or any other matter material to the incident underlying this litigation.

**RESPONSE**:

**RPOD 4**:      Produce a copy of any documents or materials relative to the damage appraisal or repair documents made of the vehicles involved in the subject incident.

**RESPONSE**:

**RPOD 5**:      Produce any and all insurance agreements or policies under which any person or entity carrying on an insurance business may be liable to satisfy part or all of a judgment that may be rendered in this action or to indemnify or reimburse for payments made to satisfy the judgment, including, but not limited to, any liability insurance policy covering Plaintiff. THIS REQUEST INCLUDES, BUT IS NOT LIMITED, ANY CERTIFIED

Presiding Judge: HON. A. C. MCKAY CHAUVIN (630220)

EXH : 000008 of 000011

Filed          20-CI-004189   07/20/2020          David L. Nicholson, Jefferson Circuit Clerk
NOT ORIGINAL DOCUMENT
05/03/2021 03:31:39 PM
85787

DECLARATION PAGE FOR ANY APPLICABLE INSURANCE COVERAGE AS WELL AS

A CERTIFIED COPY OF THE SUBJECT POLICY.

**RESPONSE**:


**RPOD 6**:       Produce copies of any and all statements previously made by the Plaintiffs

and/or Shirley Reiss and/or Claude Dickerson concerning the subject matter of this litigation,

including any written statements signed or otherwise adopted or approved by Plaintiffs and/or

Shirley Reiss and/or Claude Dickerson and any stenographic, mechanical, electrical, or other

type of recording or any transaction thereof about this litigation and contemporaneously

recorded.

**RESPONSE**:


**RPOD 7**:       Produce any and all drawings, maps or sketches of the scene of the

collision which has been made the basis of this litigation.

**RESPONSE**:


**RPOD 8**:       Produce a copy of any documents related to any investigation and/or

conclusions of Defendant with regard to the subject motor vehicle accident.

**RESPONSE**:


**RPOD 9**:       Produce a copy of any and all documents referred to, relied upon, or

referenced in answering the above interrogatories and requests for production of documents.

**RESPONSE**:

Presiding Judge: HON. A. C. MCKAY CHAUVIN (630220)

EXH : 000009 of 000011

NOT ORIGINAL DOCUMENT
05/03/2021 03:31:39 PM
85787

**RPOD 10**:          For any document which has not been produced on grounds of

privilege, please provide a privilege log and state the following:

(a)     the date each document was generated;

(b)     the person generating each document;

(c)     the present custodian of each document; and,

(d)     a description of each document.

**RESPONSE**:

Respectfully submitted,

JAMES M. BOLUS, JR.
BRENNAN J. SOERGEL
600 W. Main Street, Suite 500
Louisville, Kentucky  40202
(502) 584-1210
(502) 584-1212 – Facsimile
brennan@boluslaw.com
bo@boluslaw.com

By: /s/ Brennan J. Soergel
          Brennan J. Soergel

Presiding Judge: HON. A. C. MCKAY CHAUVIN (630220)

EXH : 000010 of 000011

Filed          20-CI-004189    07/20/2020          David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
05/03/2021 03:31:39 PM
85787

## CERTIFICATE OF SERVICE

This will certify that a true copy of the foregoing has been filed electronically on July 20, 2020 as an exhibit to the Complaint, with service of process to be effectuated by the Court Clerk on the agents for service of process listed in the Complaint.

/s/ Brennan J. Soergel
Brennan J. Soergel

Presiding Judge: HON. A. C. MCKAY CHAUVIN (630220)

EXH : 000011 of 000011

| AOC-E-105<br>Rev. 9-14 | Sum Code: CI |  | NOT ORIGINAL DOCUMENT<br>05/03/2021 03:31:41 PM<br>85763<br>Case #: **20-CI-004189** |
|---|---|---|---|
| Commonwealth of Kentucky<br>Court of Justice   *Courts.ky.gov* | | | Court: **CIRCUIT** |
| CR 4.02; Cr Official Form 1 | | | County: **JEFFERSON Circuit** |

## CIVIL SUMMONS

*Plaintiff,* **CHARTOFF, ESTATE OF ETHEL , ET AL VS. REISS, SHIRLEY, ET AL**, *Defendant*

TO:  **SHIRLEY REISS**

  **440 KNIGHTSBRIDGE ROAD**

  **LOUISVILLE, KY 40206**

The Commonwealth of Kentucky to Defendant:

    You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*David L. Nicholson*

Jefferson Circuit Clerk
Date: **7/20/2020**

<div style="border:1px solid">

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

    To: _____

☐ Not Served because: _____

Date: _____, 20_____        _____
                        Served By

                        _____
                        Title

</div>

Presiding Judge: HON. A. C. MCKAY CHAUVIN (630220)

CI : 000001 of 000001

Summons ID: @00000952140
CIRCUIT: 20-CI-004189 Certified Mail
CHARTOFF, ESTATE OF ETHEL , ET AL VS. REISS, SHIRLEY, ET AL



Page 1 of 1

eFiled

| AOC-E-105<br>Rev. 9-14          Sum Code: CI |  | NOT ORIGINAL DOCUMENT<br>05/03/2021  20-CI-004189 |
|---|---|---|
| Commonwealth of Kentucky<br>Court of Justice    *Courts.ky.gov* | | 857 Court:  **CIRCUIT** |
| CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | County:  **JEFFERSON Circuit** |

*Plantiff,* **CHARTOFF, ESTATE OF ETHEL , ET AL VS. REISS, SHIRLEY, ET AL**, *Defendant*

## TO:   TRAVELERS INSURANCE COMPANY
   **421 WEST MAIN STREET**
   **FRANKFORT, KY 40601**

Memo:  Registered Agent of Service exists.

The Commonwealth of Kentucky to Defendant:

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

David L. Nicholson

Jefferson Circuit Clerk
Date: **7/20/2020**

*Presiding Judge: HON. A. C. MCKAY CHAUVIN (630220)*

---

## Proof of Service

This Summons was:

☐  Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐  Not Served because: _____

Date: _____, 20_____          _____
                                                                        Served By

                                                                        _____
                                                                        Title

*CI : 000001 of 000001*

Summons ID: @00000952141
CIRCUIT: 20-CI-004189 Certified Mail
CHARTOFF, ESTATE OF ETHEL , ET AL VS. REISS, SHIRLEY, ET AL



Page 1 of 1



| AOC-E-105 Sum Code: CI | | NOT ORIGINAL DOCUMENT |
| Rev. 9-14 | | 05/05/2021 03:57:01 PM |
| |  | 85767 Case #: **20-CI-004189** |
| Commonwealth of Kentucky | | Court: **CIRCUIT** |
| Court of Justice    *Courts.ky.gov* | | County: **JEFFERSON Circuit** |
| CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | |

*Plantiff,* **CHARTOFF, ESTATE OF ETHEL , ET AL VS. REISS, SHIRLEY, ET AL**, *Defendant*

TO:  **DICKERSON FAMILY ENTERPRISES, LLC**

  **4350 BROWNSBORO RD., STE. 110**

  **LOUISVILLE, KY 40207**

Memo:  Registered Agent of Service exists.

The Commonwealth of Kentucky to Defendant:

  You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons.  **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*David L. Nichols*

Jefferson Circuit Clerk

Date: **7/20/2020**

<div style="text-align:right">Presiding Judge: HON. A. C. MCKAY CHAUVIN (630220)</div>

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

  To:  _____

☐ Not Served because: _____

Date: _____, 20 _____

  _____

  Served By

  _____

  Title

<div style="text-align:right">CI : 000001 of 000001</div>

Summons ID: @00000952142
CIRCUIT: 20-CI-004189 Certified Mail
CHARTOFF, ESTATE OF ETHEL , ET AL VS. REISS, SHIRLEY, ET AL



Page 1 of 1

**eFiled**

| AOC-E-105<br>Rev. 9-14 | Sum Code: CI |  | NOT ORIGINAL DOCUMENT<br>05/03/2021 20:18:02 PM<br>85767 |
|---|---|---|---|

Case #: **20-CI-004189**

Court: **CIRCUIT**

County: **JEFFERSON Circuit**

Commonwealth of Kentucky
Court of Justice    *Courts.ky.gov*

CR 4.02; Cr Official Form 1

## CIVIL SUMMONS

*Plantiff,* **CHARTOFF, ESTATE OF ETHEL , ET AL VS. REISS, SHIRLEY, ET AL**, *Defendant*

TO: **NATIONAL INDEMNITY COMPANY**
   **1314 DOUGLAS STREET, STE. 1400**
   **OMAHA, NE 681021944**

Memo:  Registered Agent of Service exists.

The Commonwealth of Kentucky to Defendant:

You are hereby notified that **a legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*David L. Nicholson*

Jefferson Circuit Clerk
Date: **7/20/2020**

Presiding Judge: HON. A. C. MCKAY CHAUVIN (630220)

---

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

Date: _____, 20 _____

_____
                                          Served By

_____
                                          Title

CI : 000001 of 000001

Summons ID: @00000952143
CIRCUIT: 20-CI-004189 Long Arm Statute – Secretary of State
CHARTOFF, ESTATE OF ETHEL , ET AL VS. REISS, SHIRLEY, ET AL



Page 1 of 1

**eFiled**

| AOC-E-105<br>Rev. 9-14 | Sum Code: CI |  | NOT ORIGINAL DOCUMENT<br>05/05/2021 03:43:49 PM<br>85769 | Case #: 20-CI-004189 |
|---|---|---|---|---|
| Commonwealth of Kentucky<br>Court of Justice   Courts.ky.gov | | | | Court:   **CIRCUIT** |
| CR 4.02; Cr Official Form 1 | | **CIVIL SUMMONS** | | County:  **JEFFERSON Circuit** |

*Plantiff,* **CHARTOFF, ESTATE OF ETHEL , ET AL VS. REISS, SHIRLEY, ET AL**, *Defendant*

TO:  **CORPORATION SERVICE COMPANY**
    **421 W. MAIN STREET**
    **FRANKFORT, KY 40601**

Memo: Related party is TRAVELERS INSURANCE COMPANY

The Commonwealth of Kentucky to Defendant:
**TRAVELERS INSURANCE COMPANY**

    You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*Davis L. Nicholson*

Jefferson Circuit Clerk
Date: **7/20/2020**

---

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

    To: _____

☐ Not Served because: _____

Date: _____, 20 _____

                                  _____
                                    Served By

                                    _____
                                    Title

*Presiding Judge: HON. A. C. MCKAY CHAUVIN (630220)*

*CI : 000001 of 000001*

Summons ID: @00000952144
CIRCUIT: 20-CI-004189 Certified Mail
CHARTOFF, ESTATE OF ETHEL , ET AL VS. REISS, SHIRLEY, ET AL



Page 1 of 1

**eFiled**

| AOC-E-105<br>Rev. 9-14    Sum Code: CI |  | NOT ORIGINAL DOCUMENT |
|---|---|---|

AOC-E-105         Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice    *Courts.ky.gov*

CR 4.02; Cr Official Form 1



NOT ORIGINAL DOCUMENT
05/03/2021 04:54:59 PM
857

Case #: **20-CI-004189**
Court:  **CIRCUIT**
County: **JEFFERSON Circuit**

## CIVIL SUMMONS

*Plantiff,* **CHARTOFF, ESTATE OF ETHEL , ET AL VS. REISS, SHIRLEY, ET AL**, *Defendant*

TO:  **DAMITA DICKERSON**
 **4350 BROWNSBORO RD., STE. 110**
 **LOUISVILLE, KY 40207**

Memo: Related party is DICKERSON FAMILY ENTERPRISES, LLC

The Commonwealth of Kentucky to Defendant:
**DICKERSON FAMILY ENTERPRISES, LLC**

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons.  **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*David L. Nicholson*

Jefferson Circuit Clerk
Date: **7/20/2020**

---

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

   Date: _____, 20_____          _____
                                                        Served By
                                              _____
                                                        Title

Summons ID: @00000952145
CIRCUIT: 20-CI-004189 Certified Mail
CHARTOFF, ESTATE OF ETHEL , ET AL VS. REISS, SHIRLEY, ET AL

Page 1 of 1

Presiding Judge: HON. A. C. MCKAY CHAUVIN (630220)

CI : 000001 of 000001



# eFiled

| AOC-E-105<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice    *Courts.ky.gov*<br><br>CR 4.02; Cr Official Form 1 | Sum Code: CI | <br><br>**CIVIL SUMMONS** | NOT ORIGINAL DOCUMENT<br>05/03/2021 ~~~~~~~~~~~~~~~~<br>8576Court:    Case #: **20-CI-004189**<br>    Court:   **CIRCUIT**<br>County: **JEFFERSON Circuit** |

*Plantiff,* **CHARTOFF, ESTATE OF ETHEL , ET AL VS. REISS, SHIRLEY, ET AL**, *Defendant*

TO:   **RAJ R MEHTA**

     **1314 DOUGLAS STREET, STE. 1400**

     **OMAHA, NE 68102**

Memo: Related party is NATIONAL INDEMNITY COMPANY

The Commonwealth of Kentucky to Defendant:
**NATIONAL INDEMNITY COMPANY**

    You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*David L. Nicholson*

Jefferson Circuit Clerk
Date: **7/20/2020**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

    To: _____

☐ Not Served because: _____

Date: _____, 20_____

_____
                                     Served By

_____
                                        Title

Presiding Judge: HON. A. C. MCKAY CHAUVIN (630220)

CI : 000001 of 000001

Summons ID: @00000952146
CIRCUIT: 20-CI-004189 Long Arm Statute – Secretary of State
CHARTOFF, ESTATE OF ETHEL , ET AL VS. REISS, SHIRLEY, ET AL



Page 1 of 1

**eFiled**

COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT
CIVIL ACTION NO. 20-CI-004189
*Electronically Filed*

HENRY CHARTOFF AS EXECUTOR OF
THE ESTATE OF ETHEL CHARTOFF and
DEBRA CHARTOFF                                                          PLAINTIFFS

VS.

SHIRLEY REISS
TRAVELERS INSURANCE COMPANY
DICKERSON FAMILY ENTERPRISES, LLC
d/b/a WHEELCHAIR TRANSPORT and
NATIONAL INDEMNITY COMPANY                               DEFENDANTS

## ANSWER OF SHIRLEY REISS

Comes the Defendant, Shirley Reiss, by counsel, and for its Answer to Plaintiffs' Complaint states as follows:

1.  This answering Defendant admits the allegations contained in paragraph 1 of Plaintiffs' Complaint, except that Defendant is without sufficient knowledge to admit or deny that the motor vehicle accident caused the death of Ethel Chertoff and therefore denies same.

2.  This answering Defendant admits the allegations contained in paragraphs 2, 4, 5, 15, 17, and 18 of Plaintiffs' Complaint.

3.  This answering Defendant is without sufficient knowledge to admit or deny the allegations contained in paragraphs 3, 6, 7, 10, 11, 12, 13, 14, and 19 of Plaintiffs' Complaint and therefore denies same.

4.  This answering Defendant admits the allegations contained in paragraph 8 of Plaintiffs' Complaint, except that Defendant denies that she denies that she negligent, grossly, negligent, or carelessly operated her motor vehicle or caused the accident.

1

5.  This answering Defendant admits the allegation contained in paragraph 9 of Plaintiffs' Complaint that her vehicle was insured by Travelers Insurance Company, but denies the remaining allegations contained in paragraph 9 of Plaintiffs' Complaint.

6.  This answering Defendant objects to paragraph 16 of Plaintiffs' Complaint on the grounds set forth in this answering Defendant's accompanying CR 12.06 Motion to Strike.

7.  This answering Defendant denies the allegations contained in paragraphs 20, 21, 22, and 23 of Plaintiffs' Complaint.

8.  Any allegations contained in Plaintiffs' Complaint not addressed herein are denied.

## FIRST DEFENSE

The Complaint does not state a claim upon which relief can be granted against Defendant.

## SECOND DEFENSE

The Complaint is barred in whole or in part by the applicable statute of limitations.

## THIRD DEFENSE

Defendant states that the damages and injuries complained of by the Plaintiffs were caused and brought about by the negligence of other parties, and Defendant pleads and relies upon the same as a bar in whole or in part to the Complaint.

## FOURTH DEFENSE

Defendant states that the damages and injuries complained of by the Plaintiffs were caused and brought about solely by superseding and/or intervening cause, not under the control of Defendant, and Defendant pleads and relies upon the same as a bar in whole or in part to the Complaint.

## FIFTH DEFENSE

Defendant specifically pleads and relies upon each and every term and or provision of the Kentucky Motor Vehicle Reparations Act, KRS Chapter 304.39 et seq., as a complete or partial bar to Plaintiff's claims.

## SIXTH DEFENSE

Defendant states that, at the time and place and upon the occasion complained of, Ethel Chartoff, Debra Chartoff, and the Defendant Shirley Reiss were "secured persons" within the meaning and intent of Title 39, Chapter 304, of the Kentucky Revised Statutes, and that the damages and injuries complained of do not meet the threshold required by the statute to make the claims asserted herein, and Defendant pleads and relies upon the same as a bar in whole or in part to the Complaint.

## SEVENTH DEFENSE

To the extent Plaintiffs' Complaint seeks damages for which no-fault benefits have been paid or are payable, Plaintiffs are not the real party in interest and said claim should be dismissed.

## EIGHTH DEFENSE

Plaintiffs' claims are barred in whole or in part to the extent that Plaintiffs failed to mitigate damages.

## NINTH DEFENSE

Defendant specifically relies upon the affirmative defenses as found in CR 8.03 and hereby reserve the right to amend her Answer to specifically plead any and all the defenses found in CR 8.03 as necessitated by the proof discovered.

WHERFORE, Defendant Shirley Reiss respectfully requests

1.    Dismissal of Plaintiffs' Complaint;

2.    For such costs as are herein expended;

3

3.     For trial by jury; and

4.     For any other relief to which she may be entitled.

                              Respectfully submitted,

                              CASEY BAILEY & MAINES, PLLC
                              3151 Beaumont Centre Circle, Ste. 200
                              Lexington, Kentucky 40513
                              Telephone: (859) 243-0228
                              Facsimile: (859) 243-0528
                              Email: mcasey@cbmlaw.net
                                     jcolyer@cbmlaw.net

          By:     /s/ Jason M. Colyer
                  MICHAEL P. CASEY
                  JASON M. COLYER

## CERTIFICATE OF SERVICE

This certifies that a true and accurate copy of the foregoing was delivered by U.S. Mail, postage prepaid, to the following on this the 28th day of July, 2020:

James M. Bolus, Jr.
BOLUS LAW OFFICES
600 W. Main Street, Suite 500
Louisville, KY 40202

TRAVELERS INSURANCE COMPANY
Corporation Service Company
421 West Main Street
Frankfort, KY 40601

DICKERSON FAMILY ENTERPRISES, LLC
Damita Dickerson
4350 Brownsboro Rd., Ste. 110
Louisville, KY 40207

National Indemnity Company
Raj R. Mehta
1314 Douglas Street, Ste. 1400
Omaha, NE 68102-1944

Original to:
Jefferson Circuit Court Clerk

                              /s/ Jason M. Colyer
                              JASON M. COLYER

4

Filed          20-CI-004189   07/28/2020        David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
07/30/2020 08:09:53 AM
85787

COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT
CIVIL ACTION NO. 20-CI-004189
*Electronically Filed*

HENRY CHARTOFF AS EXECUTOR OF
THE ESTATE OF ETHEL CHARTOFF and
DEBRA CHARTOFF                                                    PLAINTIFFS

VS.

SHIRLEY REISS
TRAVELERS INSURANCE COMPANY
DICKERSON FAMILY ENTERPRISES, LLC
d/b/a WHEELCHAIR TRANSPORT and
NATIONAL INDEMNITY COMPANY                                        DEFENDANTS

## **MOTION TO STRIKE COMPLAINT**

Comes the Defendant, Shirley Reiss, by counsel, pursuant to CR 12.06, and submits her

Motion to Strike Plaintiffs' Complaint as follows:

Plaintiffs' Complaint alleges "That based on information and belief, the Travelers

Insurance Company policy for Shirley Reiss was in effect and had a $500,000.00 liability limit for

the October 30, 2019 motor vehicle accident." (Complaint ¶16). Defendant asks this Court to

strike this paragraph of Plaintiffs' Complaint and remove it from the record as immaterial under

CR 12.06.

In *City of Ludlow v. Union Light, Heat & Power Co.*, 186 S.W.2d 640, 624 (Ky. 1945),

striking irrelevant and immaterial averments from a plaintiff's complaint was deemed appropriate.

Evidence of liability insurance coverage is irrelevant under KRE 411, which states

> Evidence that a person was or was not insured against liability is not admissible
> upon the issue whether the person acted negligently or otherwise wrongfully. This
> rule does not require the exclusion of evidence of insurance against liability when
> offered for another purpose, such as proof of agency, ownership, or control, or bias
> or prejudice of a witness.

1

STK : 000001 of 000003

Filed        20-CI-004189    07/28/2020        David L. Nicholson, Jefferson Circuit Clerk    NOT ORIGINAL DOCUMENT
07/30/2020 08:09:53 AM
85787

Although the existence of the policy may have been offered for another purpose, since Travelers

Insurance Company is a named party, no justification exists for including the policy limits in the

Complaint.  This information is prohibited from inclusion in the Complaint.

Under KRE 411, the amount of liability insurance coverage is irrelevant and should be

stricken from the record pursuant to CR 12.06.

WHEREFORE, Defendant Shirley Reiss respectfully requests that

1.      Her Motion to Strike be granted; and

2.      Paragraph 16 of Plaintiffs' Complaint be removed from the official court records.

## NOTICE

Please take notice that the foregoing motion will come on for hearing before the Jefferson

Circuit Court on August 10, 2020 at the hour of 1:15 PM via telephonic hearing, or as soon

thereafter as counsel may be heard. The Conference Call Number is 1-848-777-1212, Conference

ID Number 26843.

                    Respectfully submitted,

                    CASEY BAILEY & MAINES, PLLC
                    3151 Beaumont Centre Circle, Ste. 200
                    Lexington, Kentucky 40513
                    Telephone: (859) 243-0228
                    Facsimile: (859) 243-0528
                    Email: mcasey@cbmlaw.net
                            jcolyer@cbmlaw.net

        By:      /s/ Jason M. Colyer
                    MICHAEL P. CASEY
                    JASON M. COLYER

STK : 000002 of 000003

2

Filed          20-CI-004189   07/28/2020     David L. Nicholson, Jefferson Circuit Clerk   NOT ORIGINAL DOCUMENT
07/30/2020 08:09:53 AM
85787

## CERTIFICATE OF SERVICE

This certifies that a true and accurate copy of the foregoing was delivered by U.S. Mail, postage prepaid, to the following on this the 28th day of July, 2020:

James M. Bolus, Jr.
BOLUS LAW OFFICES
600 W. Main Street, Suite 500
Louisville, KY  40202

TRAVELERS INSURANCE COMPANY
Corporation Service Company
421 West Main Street
Frankfort, KY 40601

DICKERSON FAMILY ENTERPRISES, LLC
Damita Dickerson
4350 Brownsboro Rd., Ste. 110
Louisville, KY 40207

National Indemnity Company
Raj R. Mehta
1314 Douglas Street, Ste. 1400
Omaha, NE 68102-1944

Original to:
Jefferson Circuit Court Clerk

/s/ Jason M. Colyer
JASON M. COLYER

STK : 000003 of 000003

3

Tendered          20-CI-004189    07/28/2020        David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
07/30/2020 08:09:56 AM
85787

COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT
CIVIL ACTION NO. 20-CI-004189
*Electronically Filed*

HENRY CHARTOFF AS EXECUTOR OF
THE ESTATE OF ETHEL CHARTOFF and
DEBRA CHARTOFF                                                    PLAINTIFFS

VS.

SHIRLEY REISS
TRAVELERS INSURANCE COMPANY
DICKERSON FAMILY ENTERPRISES, LLC
d/b/a WHEELCHAIR TRANSPORT and
NATIONAL INDEMNITY COMPANY                                        DEFENDANTS

**ORDER**

This matter having come before the Court, and the Court being otherwise sufficiently

advised, **IT IS HEREBY ORDERED AND ADJUDGED** that Defendant Shirley Reiss' Motion

to Strike Complaint is GRANTED and Paragraph 16 of Plaintiff's Complaint shall be stricken

from the record.

Entered this the _____ day of _____, 2020.


_____
JUDGE, JEFFERSON CIRCUIT COURT


Prepared by:

*/s/ Jason M. Colyer*
JASON M. COLYER
CASEY BAILEY & MAINES, PLLC
3151 Beaumont Centre Circle, Ste. 200
Lexington, Kentucky 40513
Telephone: (859) 243-0228
Facsimile: (859) 243-0528

TD : 000001 of 000002

1

Tendered        20-CI-004189    07/28/2020        David L. Nicholson, Jefferson Circuit Clerk   NOT ORIGINAL DOCUMENT
07/30/2020 08:09:56 AM
85787

## CLERK'S CERTIFICATE OF SERVICE

This certifies that a true and accurate copy of the foregoing was delivered by U.S. Mail, postage prepaid, to the following on this the _____ day of _____, 20___:

James M. Bolus, Jr.
BOLUS LAW OFFICES
600 W. Main Street, Suite 500
Louisville, KY  40202

TRAVELERS INSURANCE COMPANY
Corporation Service Company
421 West Main Street
Frankfort, KY 40601

DICKERSON FAMILY ENTERPRISES, LLC
Damita Dickerson
4350 Brownsboro Rd., Ste. 110
Louisville, KY 40207

National Indemnity Company
Raj R. Mehta
1314 Douglas Street, Ste. 1400
Omaha, NE 68102-1944

JASON M. COLYER
CASEY BAILEY & MAINES, PLLC
3151 Beaumont Centre Circle, Ste. 200
Lexington, Kentucky 40513

_____
CLERK, JEFFERSON CIRCUIT COURT

2

NOT ORIGINAL DOCUMENT
05/03/2021 04:03:02 PM
85787

COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT
CIVIL ACTION NO. 20-CI-004189
*Electronically Filed*

HENRY CHARTOFF AS EXECUTOR OF                                   **PLAINTIFFS**
THE ESTATE OF ETHEL CHARTOFF and
DEBRA CHARTOFF

v.

SHIRLEY REISS,                                                                   **DEFENDANTS**
TRAVELERS INSURANCE COMPANY
DICKERSON FAMILY ENTERPRISES, LLC
d/b/a WHEELCHAIR TRANSPORT and
NATIONAL INDEMNITY COMPANY

## VOLUNTARY DISMISSAL ORDER

Plaintiffs, by counsel, having agreed to voluntarily dismiss all claims asserted against

Defendant Dickerson Family Enterprises, LLC d/b/a Wheelchair Transport and the Court having

fully considered the same;

IT IS HEREBY ORDERED that Plaintiffs' claims against Defendant Dickerson Family

Enterprises, LLC d/b/a Wheelchair Transport are hereby dismissed without prejudice.

Plaintiffs' claims against Defendants Shirley Reiss, Travelers Insurance Company, and

National Indemnity Company shall remain.

Entered this the _____ day of _____, 2020.


_____
                                        JUDGE

Tendered        20-CI-004189    08/04/2020        David L. Nicholson, Jefferson Circuit Clerk

NOT ORIGINAL DOCUMENT
05/03/2021 04:00:16 PM
85787

COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT
CIVIL ACTION NO. 20-CI-004189
*Electronically Filed*

HENRY CHARTOFF AS EXECUTOR OF                    PLAINTIFFS
THE ESTATE OF ETHEL CHARTOFF and
DEBRA CHARTOFF

v.

SHIRLEY REISS,                                   DEFENDANTS
TRAVELERS INSURANCE COMPANY
DICKERSON FAMILY ENTERPRISES, LLC
d/b/a WHEELCHAIR TRANSPORT and
NATIONAL INDEMNITY COMPANY

## **VOLUNTARY DISMISSAL ORDER**

Plaintiffs, by counsel, having agreed to voluntarily dismiss all claims asserted against

Defendant Dickerson Family Enterprises, LLC d/b/a Wheelchair Transport and the Court having

fully considered the same;

IT IS HEREBY ORDERED that Plaintiffs' claims against Defendant Dickerson Family

Enterprises, LLC d/b/a Wheelchair Transport are hereby dismissed without prejudice.

Plaintiffs' claims against Defendants Shirley Reiss, Travelers Insurance Company, and

National Indemnity Company shall remain.

Entered this the _____ day of _____, 2020.


_____
JUDGE

NO. 20-CI-004189

<div align="right">

JEFFERSON CIRCUIT COURT
DIVISION EIGHT (8)
JUDGE A.C. MCKAY CHAUVIN

</div>

HENRY CHARTOFF AS EXECUTOR OF
THE ESTATE OF ETHEL CHARTOFF and
DEBRA CHARTOFF

<div align="right">PLAINTIFFS</div>

v.     **PLAINTIFFS' RESPONSE TO MOTION TO STRIKE COMPLAINT**
*Electronically Filed*

SHIRLEY REISS,
TRAVELERS INSURANCE COMPANY,
DICKERSON FAMILY ENTERPRISES, LLC
d/b/a WHEELCHAIR TRANSPORT, and
NATIONAL INDEMNITY COMPANY

<div align="right">DEFENDANTS</div>

*** *** *** *** ***

Come the Plaintiffs, by counsel, and in Response to Defendant Shirley Reiss' Motion to Strike Complaint, state as follows:

Defendant Shirley Reiss' Motion to Strike paragraph 16 of the Plaintiffs' Complaint as irrelevant – a paragraph which contains a statement concerning Defendant Travelers Insurance Company's limits of liability insurance – should be denied.  This is a car accident case where Defendant Shirley Reiss' negligence ultimately caused Plaintiff, Ethel Chartoff, to die from her injuries.  Plaintiffs alleged in their Complaint that Defendant Shirley Reiss' insurance carrier, i.e. Defendant Travelers Insurance Company, committed bad faith and violated the Kentucky Unfair Claims Settlement Practices Act by requesting from Plaintiffs how they wanted to split up its $500,000.00 limits of liability insurance before reversing course and offering substantially less than the limits of insurance and compelling Plaintiffs to file this lawsuit.  Therefore, paragraph 16 of the Plaintiffs' Complaint is directly relevant to Plaintiffs' claims against Defendant Travelers Insurance Company.

Accordingly, there is no basis for striking this allegation from the Complaint as irrelevant

0357E722-A92A-4829-A2A6-3CBA4BDDE338 : 000001 of 000002

under CR 12.06.  In the event this matter makes its way to a jury trial against Defendant Shirley Reiss, any concerns about KRE 411 and the admissibility of the Complaint into evidence can be addressed as an evidentiary matter per normal practice.

Wherefore, as there is no legal or factual basis whatsoever for Defendant's Motion, Plaintiffs respectfully request that this Court overrule Defendant's Motion in its entirety.

Respectfully Submitted,

James M. Bolus, Jr.
Brennan J. Soergel
600 West Main Street, Suite 500
Louisville, Kentucky 40202
brennan@boluslaw.com

By: /s/ Brennan J. Soergel
        Brennan J. Soergel

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was sent via email and/or First Class U.S. Mail, on this the 6th day of August 2020, to:

Michael P. Casey
Jason M. Colyer
CASEY BAILEY & MAINES, PLLC
3151 Beaumont Centre Circle, Ste. 200
Lexington, Kentucky 40513
*Counsel for Defendant, Shirley Reiss*

Travelers Insurance Company
Corporation Service Company
421 W. Main Street
Frankfort, Kentucky 40601

National Indemnity Company
Raj R. Mehta
1314 Douglas Street, Ste. 1400
Omaha, Nebraska 68102-1944

Dickerson Family Enterprises, LLC
Damita Dickerson
4350 Brownsboro Rd., Ste. 110
Louisville, Kentucky 40207

/s/ Brennan J. Soergel
Brennan J. Soergel
2

0357E7F22-A92A-4829-A2A6-3CBA4BDDE338 : 000002 of 000002

Filed          20-CI-004189    08/10/2020          David L. Nicholson, Jefferson Circuit Clerk

COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT
DIVISION 8
CIVIL ACTION NO. 20-CI-004189
[*Electronically Filed*]

HENRY CHARTOFF AS EXECUTOR OF                              PLAINTIFFS
THE ESTATE OF ETHEL CHARTOFF and
DEBRA CHARTOFF

v.

SHIRLEY REISS, et al.                                      DEFENDANTS

\* \* \* \* \*

## ANSWER OF DEFENDANT NATIONAL INDEMNITY COMPANY

Defendant, National Indemnity Company ("NICO" or "Defendant"), by counsel, for its Answer to Plaintiffs' Complaint, respectfully states as follows:

1.      In response to the allegations contained in numerical paragraph 1 of Plaintiffs' Complaint, Defendant admits that a motor vehicle accident occurred on October 30, 2019 in Jefferson County, Kentucky, which underlies this lawsuit. Defendant is without information or knowledge sufficient to form a belief as to whether the subject accident caused injury or death, as alleged in Plaintiffs' Complaint and, therefore, denies same. Defendant is without information or knowledge sufficient to form a belief as to whether any alleged damages are in excess of the jurisdictional limits of this Court or whether any alleged damages are due and payable and, therefore, denies same. Defendant denies any remaining allegations contained in numerical paragraph 1 of Plaintiffs' Complaint.

2.      Defendant is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in numerical paragraphs 2, 3, 4, 5, 9, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, and 24 of Plaintiffs' Complaint, and, therefore, denies same.

1

Filed          20-CI-004189    08/10/2020          David L. Nicholson, Jefferson Circuit Clerk

Filed          20-CI-004189    08/10/2020          David L. Nicholson, Jefferson Circuit Clerk

3.      Defendant admits the allegations contained in numerical paragraph 6 of Plaintiffs' Complaint.

4.      In response to the allegations contained in numerical paragraph 7 of Plaintiffs' Complaint, Defendant admits that NICO is a Nebraska insurance company that is licensed and authorized to do business in Kentucky. Moreover, Defendant admits that it insured Dickerson Family Enterprises, LLC on or about October 30, 2019. Defendant also admits that NICO may be served for purposes of this action through its agent, Raj R. Mehta, 1314 Douglas Street, Suite 1400, Omaha, NE 68102-1944. Defendant denies any remaining allegations contained in numerical paragraph 7 of Plaintiffs' Complaint.

5.      In response to the allegations contained in numerical paragraph 8 of Plaintiffs' Complaint, Defendant admits that on October 30, 2019, Ethel Chartoff and Debra Chartoff were passengers in a motor vehicle operated by Claude Dickerson, which was involved in a motor vehicle accident. The remaining allegations contained in numerical paragraph 8 of Plaintiffs' Complaint call for one or more legal conclusions to which no response is required. To the extent a response is deemed necessary, Defendant denies any remaining allegations contained in numerical paragraph 8 of Plaintiffs' Complaint.

6.      In response to the allegations contained in numerical paragraph 10 of Plaintiffs' Complaint, Defendant admits that on October 30, 2019, Ethel Chartoff and Debra Chartoff were passengers in a motor vehicle operated by Claude Dickerson, which was involved in motor vehicle accident. Defendant also admits that it insured Dickerson Family Enterprises, LLC on or about October 30, 2019 and that the subject policy includes an underinsured motorist coverage endorsement. Defendant denies any remaining allegations contained in numerical paragraph 10 of Plaintiffs' Complaint.

2

Filed          20-CI-004189    08/10/2020          David L. Nicholson, Jefferson Circuit Clerk

7.      Each and every allegation of Plaintiffs' Complaint not specifically admitted herein is hereby expressly denied.

## FIRST DEFENSE

Plaintiffs' Complaint fails, in whole or in part, to state a claim against this Defendant upon which relief can be granted.

## SECOND DEFENSE

To the extent, if any, that Plaintiffs failed to exercise ordinary care at the time of the subject accident, NICO relies on such negligence as a complete or partial bar to this action.

## THIRD DEFENSE

To the extent, if any, that any other individuals or entities may have been negligent at the time of the subject incident, NICO relies on such negligence as a complete or partial bar to this action.

## FOURTH DEFENSE

Defendants affirmatively plead that the Plaintiffs' Complaint is barred by the provisions of the Kentucky Motor Vehicle Reparations Act, as contained in Subtitle 39 of Chapter 304 of the Kentucky Revised Statutes, and incorporate each and all defenses under the Act which will be set out more specifically as proof will reveal. Moreover, Plaintiffs are unable to, and should be prohibited from claiming and/or collecting any damages which were paid or payable as basic reparation benefits under the Kentucky Motor Vehicle Reparations Act.

## FIFTH DEFENSE

Some or all damages alleged by Plaintiffs may have been caused by a source other than the subject incident.

Filed          20-CI-004189    08/10/2020          David L. Nicholson, Jefferson Circuit Clerk

C96BA5A3-0EB5-4385-BB29-E7390B0C3B80 : 000003 of 000011

ANS : 000003 of 000009

Filed          20-CI-004189   08/10/2020          David L. Nicholson, Jefferson Circuit Clerk

### SIXTH DEFENSE

Plaintiffs have the burden of establishing that Defendant Shirley Reiss were underinsured at the time of the subject incident, and NICO relies on the same as a condition precedent to coverage under the subject insurance policy.

### SEVENTH DEFENSE

Plaintiffs may be entitled to other insurance benefits from an entity other than this Defendant and NICO relies on the same as a complete or partial bar to liability in this action.

### EIGHTH DEFENSE

NICO relies on the provisions, including all conditions and exclusions, of the subject insurance policy referenced in Plaintiffs' Complaint which may constitute a complete or partial bar to liability in this action.

### NINTH DEFENSE

Coverage provided by one or more other carriers may be primary to the coverage provided by this Defendant and NICO relies on the same as a complete or partial bar to liability in this action.

### TENTH DEFENSE

Defendant pleads any and all affirmative defenses set forth in Rules 8.03 and 12 of the Kentucky Rules of Civil Procedure as if set forth at length herein and specifically states that Plaintiffs' claim may be barred by the statute of limitations, lack of jurisdiction or venue, insufficiency of process, insufficiency of service of process, failure to state a claim upon which relief can be granted, and failure to join a party under Rule 19.

4

C96BA5A3-0EB5-4385-BB29-E7390B0C3B80 : 000004 of 000011

ANS : 000004 of 000009

Filed          20-CI-004189   08/10/2020          David L. Nicholson, Jefferson Circuit Clerk

### ELEVENTH DEFENSE

Plaintiffs may have failed to mitigate their damages, if any, and NICO relies upon the same as a complete or partial bar to this action.

### TWELFTH DEFENSE

Plaintiffs' Complaint may fail, in whole or in part, for lack of standing, failure to name a real party in interest or indispensable and necessary party, lack of a real case in controversy, estoppel, waiver, assumption of risk, and/or the equitable doctrine of laches.

### THIRTEENTH DEFENSE

Without waiving its denial of liability, Defendant states that if discovery reveals that Plaintiffs' alleged damages were the result of superseding and/or intervening causes, then this Defendant is not liable to Plaintiffs.

### FOURTEENTH DEFENSE

The Complaint demands relief, including but not limited to pre-judgment interest, attorney fees, and punitive damages, that is not recoverable under applicable law and Defendant raises this as an affirmative defense.

### FIFTEENTH DEFENSE

As an affirmative defense, Defendant states that Plaintiffs' claims may be barred in whole or in part to the extent, if any, that the alleged incident was the result of a sudden emergency and/or an unavoidable accident.

### SIXTEENTH DEFENSE

Defendant affirmatively states that any damages allegedly sustained by Plaintiffs may be the result of Plaintiffs' own actions, omissions or wrongdoing or the actions, omissions or wrongdoing of other individuals for whom this Defendant is not liable. NICO relies upon the

5

Filed          20-CI-004189   08/10/2020          David L. Nicholson, Jefferson Circuit Clerk

C96BA5A3-0EB5-4385-BB29-E7390B0C3B80 : 000005 of 000011

ANS : 000005 of 000009

Filed          20-CI-004189   08/10/2020          David L. Nicholson, Jefferson Circuit Clerk

negligence/fault of the Plaintiffs or others, if any, as a partial and/or complete bar to any recovery herein and requests an apportionment instruction at the trial of this matter pursuant to KRS 411.182.

## SEVENTEENTH DEFENSE

Subject to what discovery may reveal, Defendant pleads and asserts that the injuries and damages alleged in the Complaint, if any, were caused and brought about by and were the proximate result of a pre-existing condition, which condition existed prior to the date of the incident, and/or a subsequently occurring injury and/or condition, and but for said pre-existing and/or subsequently occurring injury or condition, Plaintiffs' injuries and damages would not and could not have occurred, or in the alternative, would not and could not have been as extensive as alleged in Plaintiffs' Complaint. Defendant relies upon said pre-existing and/or subsequently occurring injury or condition as a complete or partial bar to any recovery by Plaintiffs on the Complaint filed herein.

## EIGHTEENTH DEFENSE

To the extent that there exists any person or entity who has paid any amounts to or for the benefit of Plaintiffs on account of events or injuries or damages alleged in the Complaint and who have not been properly notified of their subrogation rights, Plaintiffs have failed to comply with KRS 411.188 and the Complaint is barred. Alternatively, Plaintiffs are precluded from recovery of amounts which are the subject of subrogation rights. Moreover, to the extent such person or entity exists, Plaintiffs are not the real party in interest to the extent of any such payment.

Filed          20-CI-004189   08/10/2020          David L. Nicholson, Jefferson Circuit Clerk

Filed          20-CI-004189     08/10/2020          David L. Nicholson, Jefferson Circuit Clerk

## NINETEENTH DEFENSE

As an affirmative defense, this Defendant specifically pleads that the Plaintiffs' Complaint may be barred by the provisions of the Tort Reform Act of 1988, as contained in Chapter 411 of the Kentucky Revised Statutes.

## TWENTIETH DEFENSE

As an affirmative defense, Defendant pleads the doctrine of accord and satisfaction, and the terms of any release or settlement and/or contractual agreement entered into by any parties to this action, including any and all contractual agreements of any kind or nature whatsoever that purport to release any claim or claims made against Defendant(s), regardless of when said agreement is finalized and/or executed, including any and all such agreements that may be executed in favor of this Defendant by any party, at any time, past, present, or in the future.

## TWENTY-FIRST DEFENSE

As an affirmative defense, Defendant states that Plaintiffs' medical expense claims, if any, are barred to the extent that total medical bills exceed the amount actually paid by Medicaid, Medicare, private insurance, or any other collateral source.

## TWENTY-SECOND DEFENSE

Pursuant to KRS 411.184 and/or KRS 411.130, the Plaintiffs are not entitled to punitive damages as a matter of law. Moreover, Plaintiffs' claims for punitive damages against the Defendant may be barred by provisions of the Kentucky Constitution and the U.S. Constitution including, but not limited to the due process provision(s) therein.

## TWENTY-THIRD DEFENSE

Defendant's conduct did not rise to the level of intentional, willful, wanton, or reckless behavior necessary for Plaintiffs to be awarded punitive damages. Moreover, to the extent that

7

Filed          20-CI-004189   08/10/2020          David L. Nicholson, Jefferson Circuit Clerk

Plaintiffs' claims for punitive damages against Defendant are based upon the alleged conduct or actions of Defendant's employees, agents, or representatives, Plaintiffs cannot recover punitive damages as Defendant did not authorize or ratify the alleged conduct or actions and could not have anticipated the alleged conduct or actions.

### TWENTY-FOURTH DEFENSE

As an affirmative defense, Defendant pleads that Plaintiffs have not provided sufficient information to demonstrate their entitlement to underinsured motorist benefits and failed to provide any such information prior to suit being filed.

### TWENTY-FIFTH DEFENSE

Defendant adopts and incorporates by reference each and every affirmative defense filed or asserted by any other Defendant in this matter to the extent applicable to Plaintiffs' Complaint against it.

### TWENTY-SIXTH DEFENSE

Defendant reserves the right to supplement this Answer to Plaintiffs' Complaint and to plead any and all additional defenses and affirmative defenses that arise during the course of the litigation.

WHEREFORE, Defendant, National Indemnity Company, demands as follows:

1.      Plaintiffs' Complaint be dismissed with prejudice;

2.      Fault be apportioned pursuant to KRS 411.182;

3.      For its costs herein expended;

4.      Trial by jury on all issues so triable; and

5.      For any and all other relief to which it may be entitled.

Filed          20-CI-004189   08/10/2020          David L. Nicholson, Jefferson Circuit Clerk

Respectfully submitted,

/s/ Thomas E. Stevens
Thomas E. Stevens
Blackburn Domene & Burchett, PLLC
614 W. Main Street, Suite 3000
Louisville, KY 40202
Phone: 502-584-1600
Fax: 502-584-9971
tstevens@bdblawky.com
*Counsel for Defendant*
*National Indemnity Company*

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing was filed with the above court electronically via the Kentucky CourtNet 2.0 E-filing system, on this 10th day of August, 2020. Electronic filers will receive service by CourtNet. A copy will be mailed to current non-filers.

James M. Bolus, Jr.
Brennan J. Soergel
600 W. Main Street, Suite 500
Louisville, KY 40202
*Counsel for Plaintiff*

Michael P. Casey
Jason M. Colyer
Casey Bailey & Maines, PLLC
3151 Beaumont Centre Circle, Suite 200
Lexington, KY 40513
*Counsel for Defendant Shirley Reiss*

Travelers Insurance Company
Corporation Service Company
421 West Main Street
Frankfort, KY 40601

/s/ Thomas E. Stevens
*Counsel for Defendant*
*National Indemnity Company*

C96BA5A3-0EB5-4385-BB29-E7390B0C3B80 : 000009 of 000011

ANS : 000009 of 000009

9

COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT
DIVISION 8
CIVIL ACTION NO. 20-CI-004189
*Electronically Filed*

HENRY CHARTOFF AS EXECUTOR OF                          PLAINTIFFS
THE ESTATE OF ETHEL CHARTOFF and
DEBRA CHARTOFF

v.

SHIRLEY REISS, et al.                                  DEFENDANTS

### NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendant, National Indemnity

Company:

Thomas E. Stevens
Blackburn, Domene & Burchett, PLLC
614 West Main Street, Suite 3000
Louisville, KY 40202
502-584-1600 phone
502-584-9971 fax
tstevens@bdblawky.com

I certify that I am admitted to practice in this Court.

Respectfully submitted,

/s/ *Thomas E. Stevens*
Thomas E. Stevens
Blackburn Domene & Burchett
614 W. Main Street, Suite 3000
Louisville, KY 40202
Phone: 502-584-1600
Fax: 502-584-9971
tstevens@bdblawky.com
*Counsel for Defendant*
*National Indemnity Company*

C96BA5A3-0EB5-4385-BB29-E7390B0C3B80 : 000010 of 000011

EA : 000001 of 000002

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing was filed with the above court electronically via the Kentucky CourtNet 2.0 E-filing system, on this 10th day of August, 2020. Electronic filers will receive service by CourtNet. A copy will be mailed to current non-filers.

James M. Bolus, Jr.
Brennan J. Soergel
600 W. Main Street, Suite 500
Louisville, KY 40202
Bo@boluslaw.com
Brennan@boluslaw.com
*Counsel for Plaintiff*

Michael P. Casey
Jason M. Colyer
Casey Bailey & Maines, PLLC
3151 Beaumont Centre Circle, Suite 200
Lexington, KY 40513
mcasey@cbmlaw.net
jcolyer@cbmlaw.net
*Counsel for Defendant Shirley Reiss*

Travelers Insurance Company
Corporation Service Company
421 West Main Street
Frankfort, KY 40601

/s/ Thomas E. Stevens
*Counsel for Defendant*
*National Indemnity Company*

COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT
CIVIL ACTION NO. 20-CI-004189
*Electronically Filed*

HENRY CHARTOFF AS EXECUTOR OF                          PLAINTIFFS
THE ESTATE OF ETHEL CHARTOFF and
DEBRA CHARTOFF

v.

SHIRLEY REISS,                                         DEFENDANTS
TRAVELERS INSURANCE COMPANY
DICKERSON FAMILY ENTERPRISES, LLC
d/b/a WHEELCHAIR TRANSPORT and
NATIONAL INDEMNITY COMPANY

## **VOLUNTARY DISMISSAL ORDER**

Plaintiffs, by counsel, having agreed to voluntarily dismiss all claims asserted against

Defendant Dickerson Family Enterprises, LLC d/b/a Wheelchair Transport and the Court having

fully considered the same;

IT IS HEREBY ORDERED that Plaintiffs' claims against Defendant Dickerson Family

Enterprises, LLC d/b/a Wheelchair Transport are hereby dismissed without prejudice.

Plaintiffs' claims against Defendants Shirley Reiss, Travelers Insurance Company, and

National Indemnity Company shall remain.

Entered this the ⟨12th⟩ day of ⟨August⟩, 2020.

AUG 12 2020        JUDGE

Filed        20-CI-004189    08/13/2020        David L. Nicholson, Jefferson Circuit Clerk

COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT
DIVISION 8
CIVIL ACTION NO. 20-CI-004189
*Electronically Filed*

HENRY CHARTOFF AS EXECUTOR OF                                    PLAINTIFFS
THE ESTATE OF ETHEL CHARTOFF and
DEBRA CHARTOFF

v.

SHIRLEY REISS, et al.                                            DEFENDANTS

## NOTICE OF SERVICE

Defendant, National Indemnity Company, by and through counsel, hereby gives Notice

of Service of Defendant's First Set of Interrogatories and Request for Production of Documents

Propounded to Plaintiffs Debra Chartoff and Henry Chartoff, as Executor of the Estate of Ethel

Chartoff, via U.S. Mail and electronic mail on August 12, 2020.

Respectfully submitted,

/s/ *Thomas E. Stevens*
Thomas E. Stevens
Blackburn Domene & Burchett
614 W. Main Street, Suite 3000
Louisville, KY  40202
Phone:  502-584-1600
Fax:  502-584-9771
tstevens@bdblawky.com
*Counsel for Defendant*
*National Indemnity Company*

F7C8F7AA-B265-4A80-B524-CB80302C1A3B : 000001 of 000002

NO : 000001 of 000002

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing was filed with the above court electronically via the Kentucky CourtNet 2.0 E-filing system, on this 13th day of August, 2020. Electronic filers will receive service by CourtNet. A copy will be mailed to current non-filers.

James M. Bolus, Jr.
Brennan J. Soergel
600 W. Main Street, Suite 500
Louisville, KY 40202
Bo@boluslaw.com
Brennan@boluslaw.com
*Counsel for Plaintiff*

Michael P. Casey
Jason M. Colyer
Casey Bailey & Maines, PLLC
3151 Beaumont Centre Circle, Suite 200
Lexington, KY 40513
mcasey@cbmlaw.net
jcolyer@cbmlaw.net
*Counsel for Defendant Shirley Reiss*

Travelers Insurance Company
Corporation Service Company
421 West Main Street
Frankfort, KY 40601

/s/ *Thomas E. Stevens*
*Counsel for Defendant*
*National Indemnity Company*

F7C8F7AA-B265-4A80-B524-CB80302C1A3B : 000002 of 000002

NO : 000002 of 000002

CASE NO. 20-CI-004189

JEFFERSON CIRCUIT COURT
DIVISION EIGHT (8)
JUDGE AC MCKAY CHAUVIN

*Electronically Filed*

HENRY CHARTOFF, AS EXECUTOR OF
THE ESTATE OF ETHEL CHARTOFF and
DEBRA CHARTOFF                                                          PLAINTIFFS

v.

**DEFENDANT, TRAVELERS INSURANCE COMPANY'S
ANSWER TO COMPLAINT**

SHIRLEY REISS, et al.                                                   DEFENDANTS

* * * * * * * * *

Comes the Defendant, Travelers Insurance Company (hereinafter "Travelers), by

Counsel, and for its Answer to the Plaintiffs' Complaint, hereby states as follows:

**FIRST DEFENSE**

The Complaint fails to state a claim against Travelers, either in whole or in part,

upon which relief can be granted.

**SECOND DEFENSE**

1.      In response to Paragraph 1 of the Plaintiffs' Complaint, Travelers admits

that the motor vehicle accident referenced in the Plaintiffs' Complaint occurred on October

30, 2019 in Louisville, Jefferson County, Kentucky, but it denies the remaining allegations

contained therein.

2.      Travelers is without sufficient knowledge or information to either affirm or

deny the allegations contained in Paragraph 2 of the Plaintiffs' Complaint.

Filed          20-CI-004189   08/24/2020          David L. Nicholson, Jefferson Circuit Clerk

3.      Travelers is without sufficient knowledge or information to either affirm or deny the allegations contained in Paragraph 3 of the Plaintiffs' Complaint.

4.      Travelers is without sufficient knowledge or information to either affirm or deny the allegations contained in Paragraph 4 of the Plaintiffs' Complaint.

5.      Travelers denies the allegations in Paragraph 5 of the Plaintiffs' Complaint.

6.      Travelers is without sufficient knowledge or information to either affirm or deny the allegations contained in Paragraph 6 of the Plaintiffs' Complaint.

7.      Travelers is without sufficient knowledge or information to either affirm or deny the allegations contained in Paragraph 7 of the Plaintiffs' Complaint.

8.      Travelers denies the allegation in Paragraph 8 of the Plaintiffs' Complaint that the subject accident was the result of Shirley Reiss' negligent, grossly negligent, and/or careless conduct in the ownership and/or operation of her motor vehicle.  Travelers admits the allegation in Paragraph 8 of the Plaintiffs' Complaint that Ethel and Debra Chartoff were passengers in the other motor vehicle involved in the accident, which was driven by Claude Dickerson, but Travelers is without sufficient knowledge or information to either affirm or deny the remaining allegations contained therein.

9.      Travelers denies the allegations contained in Paragraph 9 of the Plaintiffs' Complaint.

10.     Travelers is without sufficient knowledge or information to either affirm or deny the allegations contained in Paragraph 10 of the Plaintiffs' Complaint.

11.     Travelers denies the allegation in Paragraph 11 of the Plaintiffs' Complaint that it is the insurer of Shirley Reiss but it is without sufficient knowledge or information to either affirm or deny the remaining allegations contained therein.

7B181DA5-739E-4E48-9820-DBC1FAA6268D : 000002 of 000010

ANS : 000002 of 000008

Filed          20-CI-004189    08/24/2020          David L. Nicholson, Jefferson Circuit Clerk

12.      Travelers denies the allegation in Paragraph 12 of the Plaintiffs' Complaint that Ethel Chartoff died from injuries sustained in the October 30, 2019 motor vehicle accident but it is without sufficient knowledge or information to either affirm or deny the remaining allegations contained therein.

13.      Travelers is without sufficient knowledge or information to either affirm or deny the allegations contained in Paragraph 13 of the Plaintiffs' Complaint.

14.      Travelers denies the allegations contained in Paragraph 14 of the Plaintiffs' Complaint.

15.      Travelers denies the allegations contained in Paragraph 15 of the Plaintiffs' Complaint.

16.      Travelers denies the allegations contained in Paragraph 16 of the Plaintiffs' Complaint.

17.      Travelers denies the allegations contained in Paragraph 17 of the Plaintiffs' Complaint.

18.      Travelers denies the allegations contained in Paragraph 18 of the Plaintiffs' Complaint.

19.      Travelers denies the allegations contained in Paragraph 19 of the Plaintiffs' Complaint.

20.      Travelers denies the allegations contained in Paragraph 20 of the Plaintiffs' Complaint.

21.      Travelers denies the allegations contained in Paragraph 21 of the Plaintiffs' Complaint.

7B181DA5-739E-4E48-9820-DBC1FAA6268D : 000003 of 000010

ANS : 000003 of 000008

Filed          20-CI-004189   08/24/2020          David L. Nicholson, Jefferson Circuit Clerk

22.     Travelers denies the allegations contained in Paragraph 22 of the Plaintiffs' Complaint.

23.     Travelers denies the allegations contained in Paragraph 23 of the Plaintiffs' Complaint.

24.     Travelers denies the allegations contained in Paragraph 24 of the Plaintiffs' Complaint.

25.     Any and all other allegations in the Plaintiffs' Complaint which are not specifically admitted herein are denied.

**THIRD DEFENSE**

The Plaintiffs' injuries and/or damages, if any, may have been caused in whole or in part by their own negligence and/or the negligence of a third-party for whom Travelers is not responsible, but for which said injuries and/or damages, if any, would not have occurred.

**FOURTH DEFENSE**

The Plaintiffs' claims may be barred in whole or in part by KRS 304.39-01 *et seq.* otherwise known as the Kentucky Motor Vehicle Reparations Act which Travelers adopts and incorporates herein as an affirmative defense.

**FIFTH DEFENSE**

The Plaintiffs may have failed to mitigate their alleged damages, if any, and Travelers relies upon same as an affirmative defense.

7B181DA5-739E-4E48-9820-DBC1FAA6268D : 000004 of 000010

ANS : 000004 of 000008

### SIXTH DEFENSE

The Plaintiffs' claims against Travelers are barred in whole or in part by KRS 304.12-230 *et seq.* otherwise known as the Kentucky Unfair Claims Settlement Practices Act ("UCSPA"), which Travelers adopts and incorporates herein as an affirmative defense.

### SEVENTH DEFENSE

The claims against Travelers may be barred in whole or in part by the terms, provisions, conditions and exclusions in any applicable policy of insurance issued by Travelers to Shirley Reiss and Travelers relies upon same as an affirmative defense.

### EIGHTH DEFENSE

(1)     The claim of Plaintiffs for punitive and/or exemplary damages against Travelers cannot be sustained, because an award of punitive and/or exemplary damages under Kentucky law for the purpose of compensating Plaintiffs for elements of damage not otherwise recognized by Kentucky law would violate Travelers' due process rights guaranteed by the Fourteenth Amendment to the United States Constitution and by Section 2 of the Kentucky Constitution.

(2)     The claim of Plaintiffs for punitive and/or exemplary damages against Travelers cannot be sustained, because an award of punitive and/or exemplary damages under Kentucky law by a jury that (1) is not provided a standard of sufficient clarity for determining the appropriateness, or the appropriate size, of a punitive and/or exemplary damages award; (2) is not instructed on the limits on punitive and/or exemplary damages imposed by the applicable principles of deterrence and punishment; (3) is not expressly prohibited from awarding punitive and/or exemplary damages, in whole or in part, on the basis of invidiously discriminatory characteristics, including the corporate status of

7B181DA5-739E-4E48-9820-DBC1FAA6268D : 000005 of 000010

ANS : 000005 of 000008

Travelers; (4) is permitted to award punitive and/or exemplary damages under a standard for determining liability for punitive and/or exemplary damages that is vague and arbitrary and does not define with sufficient clarity the conduct or mental state that makes punitive and/or exemplary damages permissible; and (5) is not subject to judicial review on the basis of objective standards, would violate Travelers' due process and equal protection rights guaranteed by the Fourteenth Amendment to the United States Constitution and the double jeopardy clauses of the Fifth Amendment as incorporated into the Fourteenth Amendment and by Sections 2, 3, 13 and 17 of the Kentucky Constitution.

(3)     The claim of Plaintiffs for punitive and/or exemplary damages cannot be sustained, because an award of punitive and/or exemplary damages under Kentucky law without the same protections that are accorded to all criminal defendants, including protection against unreasonable searches and seizures, double jeopardy and self-incrimination and the rights to confront adverse witnesses, a speedy trial and the effective assistance of counsel would violate Travelers' rights under the Fourteenth Amendment to the United States Constitution and the Fourth, Fifth and Sixth Amendments as incorporated into the Fourteenth Amendment and Sections 2, 10, 11, 13 and 14 of the Kentucky Constitution.

(4)     Any award of punitive and/or exemplary damages based on anything other than Travelers' conduct in connection with the alleged incidents that are the subject of this lawsuit would violate the due process clause of the Fourteenth Amendment to the United States Constitution and the double jeopardy clause of the Fifth Amendment as incorporated into the Fourteenth Amendment and Sections 2 and 13 of the Kentucky Constitution,

7B181DA5-739E-4E48-9820-DBC1FAA6268D : 000006 of 000010

ANS : 000006 of 000008

because any other judgment for punitive and/or exemplary damages in this case cannot protect Travelers against impermissible multiple punishment for unrelated incidents.

### SEVENTH DEFENSE

The Plaintiffs may have failed to name indispensable parties to this action, which bars the claims asserted herein, either in whole or in part.

### EIGHTH DEFENSE

Travelers provisionally pleads as affirmative defenses those defenses of CR 8.03 as if fully restated herein, said defenses applicability to be determined during discovery and Travelers reserves the right to assert additional defenses, whether affirmative or otherwise about which it presently lacks sufficient knowledge or information but which may become available during the course of this litigation through discovery and other means.

WHEREFORE, the Defendant, Travelers Insurance Company, by Counsel, respectfully demands as follows:

1. That the Plaintiffs' Complaints against it be dismissed *with prejudice*;

2. For its costs herein expended, including reasonable attorney's fees;

3. For a bifurcation and stay of the Plaintiffs' bad faith claims against Travelers Insurance Company until after the underlying claims have been resolves;

4. For a trial by jury on all issues so triable; and

5. For any and all other relief, legal or equitable to which it may appear entitled

Respectfully submitted,

SCHILLER BARNES MALONEY PLLC

*/s/ Michael S. Maloney*

_____
Michael S. Maloney, Esq.
Derrick R. Staton, Esq.
401 West Main Street, Suite 1600
Louisville, KY 40202
PH: (502) 625-1670
FAX: (502) 779-9328
mmaloney@sbmkylaw.com
dstaton@sbmkylaw.com
*Counsel for Defendant, Travelers Insurance Company*

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing has been electronically filed with the Ky. e-Filing system on this 24th day of August, 2020, and electronic notice of same will be sent to the follow Counsel of record:

James M. Bolus, Jr., Esq.
Brennan J. Soergel, Esq.
600 W. Main Street, Suite 500
Louisville, KY 40202
bo@boluslaw.com
brennan@boluslaw.com
*Counsel for Plaintiff*

Thomas E. Stevens, Esq.
Blackburn Domene & Burchett
614 W. Main Street, Suite 3000
Louisville, KY 40202
tstevens@bdblawky.com
*Counsel for Defendant, National Indemnity Company*

Michael P. Casey, Esq.
James M. Colyer, Esq.
Casey Bailey Maines PLLC
3151 Beaumont Centre Circle, Suite 200
Lexington, KY 40513
mcasey@cbmlaw.net
jcolyer@cbmlaw.net
*Counsel for Defendant, Shirley Reiss*

*/s/ Michael S. Maloney*

_____
SCHILLER BARNES MALONEY PLLC

CASE NO. 20-CI-004189

JEFFERSON CIRCUIT COURT
DIVISION EIGHT (8)
JUDGE AC MCKAY CHAUVIN

*Electronically Filed*

HENRY CHARTOFF, AS EXECUTOR OF
THE ESTATE OF ETHEL CHARTOFF and
DEBRA CHARTOFF                                    PLAINTIFFS

v.

## NOTICE OF ELECTION OF ELECTRONIC
## SERVICE PURSUANT TO CR 5.02

SHIRLEY REISS, et al.                             DEFENDANTS

* * * * * * * * *

Comes the Defendant, Travelers Insurance Company, by Counsel, and pursuant to Ky. CR 5.02 hereby provides notice to all parties and attorneys of the undersigned's election to receive electronic service of all pleadings and correspondence regarding this action at the following addresses – mmaloney@sbmkylaw.com, dstaton@sbmkylaw.com, kmontgomery@sbmkylaw.com and eservicemsmgroup@sbmkylaw.com.

The undersigned requests that each attorney of record provide a reciprocal email address or fax number where each of them desires to receive service of pleadings and correspondence filed by the undersigned relative to this action.

Respectfully submitted,

SCHILLER BARNES MALONEY PLLC

*/s/ Michael S. Maloney*

Michael S. Maloney, Esq.
Derrick R. Staton, Esq.
401 West Main Street, Suite 1600
Louisville, KY 40202
PH: (502) 625-1670
FAX: (502) 779-9328
mmaloney@sbmkylaw.com
dstaton@sbmkylaw.com
*Counsel for Defendant, Travelers Insurance Company*

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing has been electronically filed with the Ky. e-Filing system on this 24th day of August, 2020, and electronic notice of same will be sent to the follow Counsel of record:

James M. Bolus, Jr., Esq.
Brennan J. Soergel, Esq.
600 W. Main Street, Suite 500
Louisville, KY 40202
bo@boluslaw.com
brennan@boluslaw.com
*Counsel for Plaintiff*

Thomas E. Stevens, Esq.
Blackburn Domene & Burchett
614 W. Main Street, Suite 3000
Louisville, KY 40202
tstevens@bdblawky.com
*Counsel for Defendant, National Indemnity Company*

Michael P. Casey, Esq.
James M. Colyer, Esq.
Casey Bailey Maines PLLC
3151 Beaumont Centre Circle, Suite 200
Lexington, KY 40513
mcasey@cbmlaw.net
jcolyer@cbmlaw.net
*Counsel for Defendant, Shirley Reiss*

*/s/ Michael S. Maloney*

SCHILLER BARNES MALONEY PLLC

COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT
CIVIL ACTION NO. 20-CI-004189
*Electronically Filed*

HENRY CHARTOFF AS EXECUTOR OF
THE ESTATE OF ETHEL CHARTOFF and
DEBRA CHARTOFF                                                    PLAINTIFFS

v.

SHIRLEY REISS
TRAVELERS INSURANCE COMPANY
DICKERSON FAMILY ENTERPRISES, LLC
d/b/a WHEELCHAIR TRANSPORT and
NATIONAL INDEMNITY COMPANY                                        DEFENDANTS

---

## NOTICE OF SERVICE

Notice is hereby given that Defendant, Shirley Reiss, by and through counsel, has served the

Plaintiff, Henry Chartoff, as the Executor of the Estate of Ethel Chartoff, with its First Set of

Interrogatories and Requests for Production of Documents on this the 3rd day of September, 2020.

The Plaintiff, Henry Chartoff, as the Executor of the Estate of Ethel Chartoff, shall have

thirty (30) days from the date of service in which to respond, in writing, under oath.

Respectfully submitted,

CASEY BAILEY & MAINES, PLLC
3151 Beaumont Centre Circle, Ste. 200
Lexington, KY 40513
Telephone: (859) 243-0228
Facsimile: (859) 243.0528
Email: mcasey@cbmlaw.net

By:    */s/ Michael P. Casey*
MICHAEL P. CASEY

C54FC90E-37BB-4642-BA79-2C7EC34E03A8 : 000001 of 000002

NO : 000001 of 000002

## CERTIFICATE OF SERVICE

This certifies that a true and accurate copy of the foregoing was delivered by U.S. Mail, postage prepaid, to the following on this the 3rd day of September, 2020:

James M. Bolus, Jr.
Brennan J. Soergel
600 W. Main St., Ste. 500
Louisville, KY 40202

Thomas E. Stevens
Blackburn, Domene & Burchett
614 W. Main St., Ste. 3000
Louisville, KY 40202

Michael S. Maloney
Schiller Barnes Maloney, PLLC
401 W. Main St., Ste. 1600
Louisville, KY 40202

Original Electronically Filed with:

Jefferson Circuit Court Clerk

/s/ Michael P. Casey
MICHAEL P. CASEY

C54FC90E-37BB-4642-BA79-2C7EC34E03A8 : 000002 of 000002

NO : 000002 of 000002

COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT
CIVIL ACTION NO. 20-CI-004189
*Electronically Filed*

HENRY CHARTOFF AS EXECUTOR OF
THE ESTATE OF ETHEL CHARTOFF and
DEBRA CHARTOFF                                                          PLAINTIFFS

v.

SHIRLEY REISS
TRAVELERS INSURANCE COMPANY
DICKERSON FAMILY ENTERPRISES, LLC
d/b/a WHEELCHAIR TRANSPORT and
NATIONAL INDEMNITY COMPANY                                             DEFENDANTS

---

## NOTICE OF SERVICE

---

Notice is hereby given that Defendant, Shirley Reiss, by and through counsel, has served the

Plaintiff, Debra Chartoff, with its First Set of Interrogatories and Requests for Production of

Documents on this the 3rd day of September, 2020.

The Plaintiff, Debra Chartoff, shall have thirty (30) days from the date of service in which to

respond, in writing, under oath.

Respectfully submitted,

CASEY BAILEY & MAINES, PLLC
3151 Beaumont Centre Circle, Ste. 200
Lexington, KY 40513
Telephone: (859) 243-0228
Facsimile: (859) 243.0528
Email: mcasey@cbmlaw.net

By:    */s/ Michael P. Casey*
MICHAEL P. CASEY

## CERTIFICATE OF SERVICE

This certifies that a true and accurate copy of the foregoing was delivered by U.S. Mail, postage prepaid, to the following on this the 3rd day of September, 2020:

James M. Bolus, Jr.
Brennan J. Soergel
600 W. Main St., Ste. 500
Louisville, KY 40202

Thomas E. Stevens
Blackburn, Domene & Burchett
614 W. Main St., Ste. 3000
Louisville, KY 40202

Michael S. Maloney
Schiller Barnes Maloney, PLLC
401 W. Main St., Ste. 1600
Louisville, KY 40202

Original Electronically Filed with:

Jefferson Circuit Court Clerk

*/s/ Michael P. Casey*
MICHAEL P. CASEY

A1ABCE4E-307F-4F8F-901D-B1A7FB3F772E : 000002 of 000002

NO : 000002 of 000002

CASE NO. 20-CI-004189                          JEFFERSON CIRCUIT COURT
                                                    DIVISION EIGHT (8)
                                               JUDGE AC MCKAY CHAUVIN


HENRY CHARTOFF, AS EXECUTOR OF
THE ESTATE OF ETHEL CHARTOFF and
DEBRA CHARTOFF                                             PLAINTIFFS

v.                          **AGREED ORDER**

SHIRLEY REISS, et al.                                      DEFENDANTS


                          * * * * * * * * *

    Comes the Plaintiffs, Henry Chartoff, as Executor of the Estate of Ethel Chartoff

and Debra Chartoff, by counsel and the Defendant, Travelers Insurance Company

(hereinafter "Travelers"), by counsel, and having reached agreement;

    It is HEREBY ORDERED that all discovery concerning any bad-faith claims

against Travelers shall be stayed until after the final adjudication of all other claims

asserted in the Complaint against Shirley Reiss.  It is FURTHER ORDERED that all bad

faith claims against Travelers are hereby bifurcated from the trial of all remaining claims

asserted by the plaintiffs.

    SO ORDERED this ____ day of _____, 2020.


                          _____
                          HON. JUDGE AC MCKAY CHAUVIN

HAVE SEEN AND AGREED TO:

*/s/ James M. Bolus, Jr.* (w/permission)

*/s/ Michael S. Maloney*

James M. Bolus, Jr., Esq.
Brennan J. Soergel, Esq.
600 W. Main Street, Suite 500
Louisville, KY 40202
*Counsel for Plaintiff*

Michael S. Maloney, Esq.
Derrick R. Staton, Esq.
Schiller Barnes Maloney PLLC
401 W. Main Street, Suite 1600
Louisville, KY 40202
*Counsel for Defendant, Travelers Insurance Company*

## CLERK'S CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing has been mailed this ____ day of _____, 2020, to the follow Counsel of record:

James M. Bolus, Jr., Esq.
Brennan J. Soergel, Esq.
600 W. Main Street, Suite 500
Louisville, KY 40202
*Counsel for Plaintiff*

Michael P. Casey, Esq.
James M. Colyer, Esq.
Casey Bailey Maines PLLC
3151 Beaumont Centre Circle, Suite 200
Lexington, KY 40513
*Counsel for Defendant, Shirley Reiss*

Thomas E. Stevens, Esq.
Blackburn Domene & Burchett
614 W. Main Street, Suite 3000
Louisville, KY 40202
*Counsel for Defendant, National Indemnity Company*

Michael S. Maloney, Esq.
Derrick R. Staton, Esq.
Schiller Barnes Maloney PLLC
401 W. Main Street, Suite 1600
Louisville, KY 40202
*Counsel for Defendant, Travelers Insurance Company*

**CLERK, Jefferson Circuit Court**

2

Tendered                    09/04/2020          David L. Nichols___        Circuit Clerk

CASE NO. 20-CI-004189                    JEFFERSON CIRCUIT COURT
                                            DIVISION EIGHT (8)
                                        JUDGE AC MCKAY CHAUVIN


HENRY CHARTOFF, AS EXECUTOR OF
THE ESTATE OF ETHEL CHARTOFF and
DEBRA CHARTOFF                                                PLAINTIFFS

v.                          **AGREED ORDER**


SHIRLEY REISS, et al.                                        DEFENDANTS

                          * * * * * * * * *

     Comes the Plaintiffs, Henry Chartoff, as Executor of the Estate of Ethel Chartoff

and Debra Chartoff, by counsel and the Defendant, Travelers Insurance Company

(hereinafter "Travelers"), by counsel, and having reached agreement;

     It is HEREBY ORDERED that all discovery concerning any bad-faith claims

against Travelers shall be stayed until after the final adjudication of all other claims

asserted in the Complaint against Shirley Reiss. It is FURTHER ORDERED that all bad

faith claims against Travelers are hereby bifurcated from the trial of all remaining claims

asserted by the plaintiffs.

     SO ORDERED this 8th day of ＳＥＰＴ_____, 2020.



ENTERED IN COURT
DAVID L. NICHOLSON, CLERK

SEP 10 2020

DEPUTY CLERK

_____
HON. JUDGE AC MCKAY CHAUVIN

TD : 000001 of 000002

NO. 20-CI-004189

JEFFERSON CIRCUIT COURT
DIVISION EIGHT (8)
JUDGE A.C. MCKAY CHAUVIN

**HENRY CHARTOFF AS EXECUTOR OF
THE ESTATE OF ETHEL CHARTOFF and
DEBRA CHARTOFF**

**PLAINTIFFS**

v.           <u>**AGREED ORDER TO SUBSTITUTE PARTY**</u>
                        *Electronically Filed*

**SHIRLEY REISS,
TRAVELERS INSURANCE COMPANY,
DICKERSON FAMILY ENTERPRISES, LLC
d/b/a WHEELCHAIR TRANSPORT, and
NATIONAL INDEMNITY COMPANY**

**DEFENDANTS**

*** *** *** *** ***

Come the Plaintiffs, by counsel, and the Defendant, Travelers Insurance Company, by counsel, and having reached agreement;

It is HEREBY ORDERED that the Defendant, "The Travelers Home and Marine Insurance Company" is substituted as a defendant in place of "Travelers Insurance Company" and that Travelers Insurance Company shall be dismissed as a party upon entry of this order

SO ORDERED this _____ day of _____, 2020.

_____
HON. JUDGE AC MCKAY CHAUVIN

HAVE SEEN AND AGREED TO:

/s/ Brennan J. Soergel
James M. Bolus, Jr., Esq.
Brennan J. Soergel, Esq.
600 W. Main Street, Suite 500
Louisville, KY 40202
*Counsel for Plaintiffs*

/s/ Michael S. Maloney w/ permission
Michael S. Maloney, Esq.
Derrick R. Staton, Esq.
Schiller Barnes Maloney PLLC
401 W. Main Street, Suite 1600
Louisville, KY 40202
*Counsel for Defendant, Travelers
Insurance Company*

Respectfully Submitted,

James M. Bolus, Jr.
Brennan J. Soergel
600 West Main Street, Suite 500
Louisville, Kentucky 40202
brennan@boluslaw.com

By: /s/ Brennan J. Soergel
    Brennan J. Soergel

2

E21A0D3F-3B27-40E1-947A-F8F2E3FB9201 : 000002 of 000003

TD : 000002 of 000003

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was filed electronically and sent via email and/or First Class U.S. Mail, on this the 29th day of September 2020, to:

Michael P. Casey
Jason M. Colyer
CASEY BAILEY & MAINES, PLLC
3151 Beaumont Centre Circle, Ste. 200
Lexington, Kentucky 40513
*Counsel for Defendant, Shirley Reiss*

Michael S. Maloney
Derrick R. Staton
Schiller Barnes Maloney PLLC
401 W. Main Street, Ste. 500
Louisville, KY 40202
*Counsel for Defendant, Travelers Insurance Company*

Thomas E. Stevens
*Blackburn Domene & Burchett*
*614 W. Main Street, Ste. 3000*
*Louisville, KY 40202*
*Counsel for Defendant, National Indemnity Company*

/s/ Brennan J. Soergel
Brennan J. Soergel

3

E21A0D3F-3B27-40E1-947A-F8F2E3FB9201 : 000003 of 000003

TD : 000003 of 000003

Tendered          20-CI-00418⬛          David L. Nicho⬛⬛ ⬛efferson Circuit Clerk

NO. 20-CI-004189                                    **JEFFERSON CIRCUIT COURT**
                                                          **DIVISION EIGHT (8)**
                                                    **JUDGE A.C. MCKAY CHAUVIN**

**HENRY CHARTOFF AS EXECUTOR OF**                          **PLAINTIFFS**
**THE ESTATE OF ETHEL CHARTOFF and**
**DEBRA CHARTOFF**

v.                    **AGREED ORDER TO SUBSTITUTE PARTY**
                              *Electronically Filed*

**SHIRLEY REISS,**                                         **DEFENDANTS**
**TRAVELERS INSURANCE COMPANY,**
**DICKERSON FAMILY ENTERPRISES, LLC**
**d/b/a WHEELCHAIR TRANSPORT, and**
**NATIONAL INDEMNITY COMPANY**

*** *** *** *** ***

Come the Plaintiffs, by counsel, and the Defendant, Travelers Insurance Company, by

counsel, and having reached agreement;

It is HEREBY ORDERED that the Defendant, "The Travelers Home and Marine

Insurance Company" is substituted as a defendant in place of "Travelers Insurance Company"

and that Travelers Insurance Company shall be dismissed as a party upon entry of this order

SO ORDERED this 2ND day of ___OCT_____, 2020.

[stamp: DAVID L. NICHOLSON, CLERK  OCT 05 2020  BY _____ DEPUTY CLERK]

_____
HON. JUDGE AC MCKAY CHAUVIN

TD : 000001 of 000003

Tendered          20-CI-004189     09/29/2020          David L. Nicholson, Jefferson Circuit Clerk

COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT
CIVIL ACTION NO. 20-CI-004189
*Electronically Filed*

HENRY CHARTOFF AS EXECUTOR OF
THE ESTATE OF ETHEL CHARTOFF and
DEBRA CHARTOFF                                                                    PLAINTIFFS

VS.        **NOTICE OF DEPOSITION VIA SUBPOENA DUCES TECUM**

SHIRLEY REISS
TRAVELERS INSURANCE COMPANY
DICKERSON FAMILY ENTERPRISES, LLC
d/b/a WHEELCHAIR TRANSPORT and
NATIONAL INDEMNITY COMPANY                                                DEFENDANTS

Notice is hereby given that the Defendant, Shirley Reiss, by and through counsel, will take

the deposition duces tecum of the Records Custodian for Presbyterian Homes Rose Anna Hughes on

November 30, 2020 at the hour of 10:00 a.m. at Casey Bailey & Maines, PLLC, 3151 Beaumont

Centre Circle, Suite 200, Lexington, Kentucky 40513.

At the time of the taking of said deposition, Records Custodian of Presbyterian Homes Rose

Anna Hughes shall produce the following:

1.  Any and all medical records, medical information and bills, including but not limited to, any

    and all physician orders, invoices, charts, physicians notes, nurses notes, diagnostic tests and

    studies, an itemization of payments made on patient ETHEL CHARTOFF; DOB: 09-20-

    1929.

Deponent may provide the requested documents in lieu of giving a deposition by mailing the

requested documents to Casey Bailey & Maines, PLLC, Attn:  Kristin Sergent, 3151 Beaumont

Centre Circle, Ste. 200, Lexington, Kentucky 40513.  If the records are not received by November

29, 2020, this deposition will commence at 10:00 a.m. on November 30, 2020.

53D63I4B-409A-4573-881A-B5F93ADEB799 : 000001 of 000012

NTD : 000001 of 000012

Said deposition is to be used for the purposes of discovery, for use at trial, and for any and all other purposes permitted by the Kentucky Rules of Civil Procedure, and shall commence November 30, 2020 and continue, day to day, during normal business hours, until completed or until adjourned by agreement of the parties.

Respectfully submitted,

CASEY BAILEY & MAINES, PLLC
3151 Beaumont Centre Circle, Suite 200
Lexington, KY 40513
Telephone: (859) 243-0228
Facsimile: (859) 243-0528
Email: mcasey@cbmlaw.net

By:     /s/ Michael P. Casey
        MICHAEL P. CASEY

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was served via U.S. Mail to the following this the 30th day of October, 2020:

Brennan J. Soergel
James M. Bolus, Jr.
600 W. Main St., Ste. 500
Louisville, KY 40202

Thomas E. Stevens
Blackburn, Domene & Burchett
614 W. Main St., Ste. 3000
Louisville, KY 40202

Michael S. Maloney
Schiller Barnes Maloney, PLLC
401 W. Main St., Ste. 1600
Louisville, KY 40202

*Via Certified Mail:*
Presbyterian Homes Rose Anna Hughes
**ATTN: Medical Records Custodian**
2120 Buechel Bank Rd.
Louisville, KY 40218

53D6314B-409A-4573-881A-B5F93ADEB799 : 000002 of 000012

NTD : 000002 of 000012

Original electronically to:
Jefferson Circuit Court Clerk

/s/ *Michael P. Casey*
MICHAEL P. CASEY

53D6314B-409A-4573-881A-B5F93ADEB799 : 000003 of 000012

NTD : 000003 of 000012

Filed            20-CI-004189    10/30/2020        David L. Nicholson, Jefferson Circuit Clerk

| AOC-025.1    Doc. Code: RS | | Case No. 20-CI-004189 |
| Rev. 3-09 | | Court Circuit |
| Page 1 of 1 | | County Jefferson |
| Commonwealth of Kentucky | ☐ SUBPOENA | Date October 30, 2020 |
| Court of Justice   www.courts.ky.gov | ☑ SUBPOENA DUCES TECUM | |
| CR 45; RCr 7.02 | | |

HENRY CHARTOFF AS EXECUTOR OF THE ESTATE OF ETHEL CHARTOFF and DEBRA CHARTOFF   PLAINTIFF

VS

Shirley Reiss, et al.                                                    DEFENDANT

**The Commonwealth of Kentucky to:**

Name Medical Records Custodian of Presbyterian Homes Rose Anna Hughes

Address
2120 Buechel Bank Rd

Louisville                              Kentucky                    40218

You are commanded to appear before: *(select one of three choices)*

☐ _____ Court   ☐ The Grand Jury of _____ County

☑ Other _____

**You are to appear at:** Casey Bailey & Maines, PLLC, 3151 Beaumont Centre Circle, Suite 200, Lexington, Kentucky 40513

on the 30 day of November , 20 20 at 10:00 ☑ a.m. OR ☐ p.m. ☑ Eastern ☐ Central Time

☐ To testify in behalf of _____

☑ To produce Entire file and records, including, but not limited to, all medical records, notes, diagnostic tests/ studies, medical bills and any other documentation you have concerning Ethel Chartoff (DOB 09-20-1929) DOS: July 2018-October 2019. Deponent may provide a certified copy of the requested documents in lieu of giving a deposition.

☑ To give depositions

**You are commanded to produce and permit inspection and copying of the following documents or objects (or to permit inspection of premises):** _____

on the _____ day of _____ , 20___ at ___ ☐ a.m. OR ☐ p.m. ☐ Eastern ☐ Central Time
at the following address: _____

Issuing Officer/Attorney Licensed in Kentucky

By _____

| | Michael P. Casey |
| | **Name of Requesting Attorney** |
| | Phone# (859) 243-0228 |

**PROOF OF SERVICE**

This subpoena was served by delivery of a true copy to: Presbyterian Homes Rose Anna Hughes 2120 Buechel Bank Rd, Louisville, Ky 40218 via Certified mail This 30 day of October , 2020 By: _____ Paralegal Title

Filed            20-CI-004189    10/30/2020        David L. Nicholson, Jefferson Circuit Clerk

53D6314B-409A-4573-881A-B5F93ADEB799 : 000004 of 000012

NTD : 000004 of 000012

COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT
CIVIL ACTION NO. 20-CI-004189
*Electronically Filed*

HENRY CHARTOFF AS EXECUTOR OF
THE ESTATE OF ETHEL CHARTOFF and
DEBRA CHARTOFF                                                        PLAINTIFFS

VS.          **NOTICE OF DEPOSITION VIA SUBPOENA DUCES TECUM**

SHIRLEY REISS
TRAVELERS INSURANCE COMPANY
DICKERSON FAMILY ENTERPRISES, LLC
d/b/a WHEELCHAIR TRANSPORT and
NATIONAL INDEMNITY COMPANY                                            DEFENDANTS

Notice is hereby given that the Defendant, Shirley Reiss, by and through counsel, will take

the deposition duces tecum of the Records Custodian for Atria Senior Living on November 30, 2020

at the hour of 10:00 a.m. at Casey Bailey & Maines, PLLC, 3151 Beaumont Centre Circle, Suite

200, Lexington, Kentucky 40513.

At the time of the taking of said deposition, Records Custodian of Atria Senior Living shall

produce the following:

1.   Any and all medical records, medical information and bills, including but not limited to, any

and all physician orders, invoices, charts, physicians notes, nurses notes, diagnostic tests and

studies, an itemization of payments made on patient ETHEL CHARTOFF; DOB: 09-20-

1929.

Deponent may provide the requested documents in lieu of giving a deposition by mailing the

requested documents to Casey Bailey & Maines, PLLC, Attn: Kristin Sergent, 3151 Beaumont

Centre Circle, Ste. 200, Lexington, Kentucky 40513. If the records are not received by November

29, 2020, this deposition will commence at 10:00 a.m. on November 30, 2020.

Said deposition is to be used for the purposes of discovery, for use at trial, and for any and all other purposes permitted by the Kentucky Rules of Civil Procedure, and shall commence November 30, 2020 and continue, day to day, during normal business hours, until completed or until adjourned by agreement of the parties.

Respectfully submitted,

CASEY BAILEY & MAINES, PLLC
3151 Beaumont Centre Circle, Suite 200
Lexington, KY 40513
Telephone: (859) 243-0228
Facsimile: (859) 243-0528
Email: mcasey@cbmlaw.net

By:    /s/ Michael P. Casey
       MICHAEL P. CASEY

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was served via U.S. Mail to the following this the 30th day of October, 2020:

Brennan J. Soergel
James M. Bolus, Jr.
600 W. Main St., Ste. 500
Louisville, KY 40202

Thomas E. Stevens
Blackburn, Domene & Burchett
614 W. Main St., Ste. 3000
Louisville, KY 40202

Michael S. Maloney
Schiller Barnes Maloney, PLLC
401 W. Main St., Ste. 1600
Louisville, KY 40202

*Via Certified Mail:*
Atria Senior Living
ATTN: David Reeves
300 E. Market St. #100
Louisville, KY 40202

Original electronically to:
Jefferson Circuit Court Clerk

/s/ *Michael P. Casey*
MICHAEL P. CASEY

53D6314B-409A-4573-881A-B5F93ADEB799 : 000011 of 000012

NTD : 000011 of 000012

Filed          20-CI-004189    10/30/2020        David L. Nicholson, Jefferson Circuit Clerk

| AOC-025.1      Doc. Code: RS | | Case No. 20-CI-004189 |
| Rev. 3-09 | | Court  Circuit |
| Page 1 of 1 | | County  Jefferson |
| Commonwealth of Kentucky | | Date  October 30, 2020 |
| Court of Justice    www.courts.ky.gov | □ SUBPOENA | |
| CR 45; RCr 7.02 | ☑ SUBPOENA DUCES TECUM | |

HENRY CHARTOFF AS EXECUTOR OF THE ESTATE OF ETHEL CHARTOFF and DEBRA CHARTOFF    PLAINTIFF

VS

Shirley Reiss, et al.

                                                                    DEFENDANT

The Commonwealth of Kentucky to:

Name  Medical Records Custodian of Atria Senior Living

Address  300 E Market St #100

Louisville                          Kentucky                    40202

You are commanded to appear before:  (select one of three choices)

□ _____ Court    □ The Grand Jury of _____ County

☑ Other _____

You are to appear at:  Casey Bailey & Maines, PLLC, 3151 Beaumont Centre Circle, Suite 200, Lexington, Kentucky 40513

on the  30  day of  November , 20 20  at  10:00  ☑ a.m. OR □ p.m. ☑ Eastern □ Central Time

□ To testify in behalf of _____

☑ To produce  Entire file and records, including, but not limited to, all medical records, notes, diagnostic tests/studies, medical bills and any other documentation you have concerning Ethel Chartoff (DOB 09-20-1929) DOS: Nov. 2015-July 2018. Deponent may provide a certified copy of the requested documents in lieu of giving a deposition.

☑ To give depositions

**You are commanded to produce and permit inspection and copying of the following documents or objects (or to permit inspection of premises):** _____

_____

on the _____ day of _____ , 20 ___ at _____ □ a.m. OR □ p.m. □ Eastern □ Central Time
at the following address: _____

| Issuing Officer/Attorney Licensed in Kentucky | Michael P. Casey |
| | **Name of Requesting Attorney** |
| By: | Phone#  (859) 243-0228 |

**PROOF OF SERVICE**

This subpoena was served by delivery of a true copy to  Atria Senior Living 300 E Market St. #100, Louisville, KY 40202 via Certified Mail

This  30  day of  October , 2020    By: _____

                                            para legal                    Title

Filed          20-CI-004189    10/30/2020        David L. Nicholson, Jefferson Circuit Clerk

53D6314B-409A-4573-881A-B5F93ADEB799 : 000012 of 000012

NTD : 000012 of 000012

COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT
CIVIL ACTION NO. 20-CI-004189
*Electronically Filed*

HENRY CHARTOFF AS EXECUTOR OF
THE ESTATE OF ETHEL CHARTOFF and
DEBRA CHARTOFF                                                         PLAINTIFFS

VS.          <u>NOTICE OF DEPOSITION VIA SUBPOENA DUCES TECUM</u>

SHIRLEY REISS
TRAVELERS INSURANCE COMPANY
DICKERSON FAMILY ENTERPRISES, LLC
d/b/a WHEELCHAIR TRANSPORT and
NATIONAL INDEMNITY COMPANY                                            DEFENDANTS

Notice is hereby given that the Defendant, Shirley Reiss, by and through counsel, will take

the deposition duces tecum of the Records Custodian for Presbyterian Homes Westminster on

November 30, 2020 at the hour of 10:00 a.m. at Casey Bailey & Maines, PLLC, 3151 Beaumont

Centre Circle, Suite 200, Lexington, Kentucky 40513.

At the time of the taking of said deposition, Records Custodian of Presbyterian Homes

Westminster shall produce the following:

1.  Any and all medical records, medical information and bills, including but not limited to, any

    and all physician orders, invoices, charts, physicians notes, nurses notes, diagnostic tests and

    studies, an itemization of payments made on patient ETHEL CHARTOFF; DOB: 09-20-

    1929.

Deponent may provide the requested documents in lieu of giving a deposition by mailing the

requested documents to Casey Bailey & Maines, PLLC, Attn: Kristin Sergent, 3151 Beaumont

Centre Circle, Ste. 200, Lexington, Kentucky 40513. If the records are not received by November

29, 2020, this deposition will commence at 10:00 a.m. on November 30, 2020.

53D6314B-409A-4573-881A-B5F93ADEB799 : 000005 of 000012

NTD : 000005 of 000012

Said deposition is to be used for the purposes of discovery, for use at trial, and for any and all other purposes permitted by the Kentucky Rules of Civil Procedure, and shall commence November 30, 2020 and continue, day to day, during normal business hours, until completed or until adjourned by agreement of the parties.

Respectfully submitted,

CASEY BAILEY & MAINES, PLLC
3151 Beaumont Centre Circle, Suite 200
Lexington, KY 40513
Telephone: (859) 243-0228
Facsimile: (859) 243-0528
Email: mcasey@cbmlaw.net

By:     /s/ *Michael P. Casey*
        MICHAEL P. CASEY

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was served via U.S. Mail to the following this the 30th day of October, 2020:

Brennan J. Soergel
James M. Bolus, Jr.
600 W. Main St., Ste. 500
Louisville, KY 40202

Thomas E. Stevens
Blackburn, Domene & Burchett
614 W. Main St., Ste. 3000
Louisville, KY 40202

Michael S. Maloney
Schiller Barnes Maloney, PLLC
401 W. Main St., Ste. 1600
Louisville, KY 40202

*Via Certified Mail:*
Presbyterian Homes Westminster
**ATTN:  Medical Records Custodian**
2116 Buechel Bank Rd.
Louisville, KY 40218

Original electronically to:
Jefferson Circuit Court Clerk

/s/ *Michael P. Casey*
MICHAEL P. CASEY

Filed          20-CI-004189   10/30/2020          David L. Nicholson, Jefferson Circuit Clerk

| AOC-025.1   Doc. Code: RS | | Case No. 20-CI-004189 |
| Rev. 3-09 | | Court Circuit |
| Page 1 of 1 | | County Jefferson |
| Commonwealth of Kentucky | ☐ **SUBPOENA** | Date October 30, 2020 |
| Court of Justice   www.courts.ky.gov | ☑ **SUBPOENA DUCES TECUM** | |
| CR 45; RCr 7.02 | | |

HENRY CHARTOFF AS EXECUTOR OF THE ESTATE OF ETHEL CHARTOFF and DEBRA CHARTOFF   **PLAINTIFF**

VS

Shirley Reiss, et al.                                                              **DEFENDANT**

**The Commonwealth of Kentucky to:**

Name  Medical Records Custodian of Presbyterian Homes Westminster

Address
2116 Buechel Bank Rd

Louisville                                   Kentucky                              40218

**You are commanded to appear before:**  *(select one of three choices)*
_____ Court   ☐ The Grand Jury of _____ County
☑ Other _____

**You are to appear at:**  Casey Bailey & Maines, PLLC, 3151 Beaumont Centre Circle, Suite 200, Lexington,
Kentucky 40513

on the  30   day of  November   , 20 20   at  10:00   ☑ a.m. OR ☐ p.m. ☑ Eastern ☐ Central Time

☐ To testify in behalf of _____
☑ To produce  Entire file and records, including, but not limited to, all medical records, notes, diagnostic tests/
studies, medical bills and any other documentation you have concerning Ethel Chartoff (DOB 09-20-1929) DOS: July
2018-October 2019. Deponent may provide a certified copy of the requested documents in lieu of giving a deposition.
☑ To give depositions

**You are commanded to produce and permit inspection and copying of the following documents or objects**
(or to permit inspection of premises): _____

_____

on the _____ day of _____ , 20 ____ at _____ ☐ a.m. OR ☐ p.m. ☐ Eastern ☐ Central Time
at the following address: _____

| Issuing Officer/Attorney Licensed in Kentucky | Michael P. Casey |
| | **Name of Requesting Attorney** |
| By: _____ | Phone# (859) 243-0228 |

**PROOF OF SERVICE**

This subpoena was served by delivery of a true copy to: Presbyterian Homes Westminster
2116 Buechel Bank Rd, Louisville, Ky 40218 via certified mail
This  30  day of  October  , 2020   By: _____
                                                    paralegal   **Title**

Filed          20-CI-004189   10/30/2020          David L. Nicholson, Jefferson Circuit Clerk

53D6314B-409A-4573-881A-B5F93ADEB799 : 000008 of 000012

NTD : 000008 of 000012

COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT
CIVIL ACTION NO. 20-CI-004189
*Electronically Filed*

HENRY CHARTOFF AS EXECUTOR OF
THE ESTATE OF ETHEL CHARTOFF and
DEBRA CHARTOFF                                                                    PLAINTIFFS

VS.                    **NOTICE OF DEPOSITION CANCELLATION**

SHIRLEY REISS
TRAVELERS INSURANCE COMPANY
DICKERSON FAMILY ENTERPRISES, LLC
d/b/a WHEELCHAIR TRANSPORT and
NATIONAL INDEMNITY COMPANY                                                        DEFENDANTS

Comes the Defendant, Shirley Reiss, by and through counsel, and hereby gives notice that the

deposition duces tecum of the Records Custodian for Presbyterian Homes Westminster scheduled to

take place on November 30, 2020 at the hour of 10:00 a.m. at Casey Bailey & Maines, PLLC, 3151

Beaumont Centre Circle, Suite 200, Lexington, Kentucky 40513 is now cancelled.

Respectfully submitted,

CASEY BAILEY & MAINES, PLLC
3151 Beaumont Centre Circle, Suite 200
Lexington, KY 40513
Telephone: (859) 243-0228
Facsimile: (859) 243-0528
Email: mcasey@cbmlaw.net

By:      /s/ *Michael P. Casey*
         MICHAEL P. CASEY

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a true and correct copy of the foregoing was served via U.S. Mail to the following this the 10th day of November, 2020:

Brennan J. Soergel
James M. Bolus, Jr.
600 W. Main St., Ste. 500
Louisville, KY 40202

Thomas E. Stevens
Blackburn, Domene & Burchett
614 W. Main St., Ste. 3000
Louisville, KY 40202

Michael S. Maloney
Schiller Barnes Maloney, PLLC
401 W. Main St., Ste. 1600
Louisville, KY 40202

Presbyterian Homes Westminster
**ATTN:  Medical Records Custodian**
2116 Buechel Bank Rd.
Louisville, KY 40218

Original electronically to:
Jefferson Circuit Court Clerk

/s/ *Michael P. Casey*
MICHAEL P. CASEY

9C42BEA4-E6BE-412B-9544-0DEABD0AE8F1 : 000002 of 000004

NCAN : 000002 of 000004

COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT
CIVIL ACTION NO. 20-CI-004189
*Electronically Filed*

HENRY CHARTOFF AS EXECUTOR OF
THE ESTATE OF ETHEL CHARTOFF and
DEBRA CHARTOFF                                                    PLAINTIFFS

VS.          **NOTICE OF DEPOSITION CANCELLATION**

SHIRLEY REISS
TRAVELERS INSURANCE COMPANY
DICKERSON FAMILY ENTERPRISES, LLC
d/b/a WHEELCHAIR TRANSPORT and
NATIONAL INDEMNITY COMPANY                                        DEFENDANTS

Comes the Defendant, Shirley Reiss, by and through counsel, and hereby gives notice that the

deposition duces tecum of the Records Custodian for Presbyterian Homes Rose Anna Hughes

scheduled to take place on November 30, 2020 at the hour of 10:00 a.m. at Casey Bailey & Maines,

PLLC, 3151 Beaumont Centre Circle, Suite 200, Lexington, Kentucky 40513 is now cancelled.

Respectfully submitted,

CASEY BAILEY & MAINES, PLLC
3151 Beaumont Centre Circle, Suite 200
Lexington, KY 40513
Telephone: (859) 243-0228
Facsimile: (859) 243-0528
Email: mcasey@cbmlaw.net

By:      /s/ *Michael P. Casey*
          MICHAEL P. CASEY

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was served via U.S. Mail to the following this the 10th day of November, 2020:

Brennan J. Soergel
James M. Bolus, Jr.
600 W. Main St., Ste. 500
Louisville, KY 40202

Thomas E. Stevens
Blackburn, Domene & Burchett
614 W. Main St., Ste. 3000
Louisville, KY 40202

Michael S. Maloney
Schiller Barnes Maloney, PLLC
401 W. Main St., Ste. 1600
Louisville, KY 40202

Presbyterian Homes Rose Anna Hughes
**ATTN:  Medical Records Custodian**
2120 Buechel Bank Rd.
Louisville, KY 40218
Original electronically to:
Jefferson Circuit Court Clerk

/s/ *Michael P. Casey*
MICHAEL P. CASEY

9C42BEA4-E6BE-412B-9544-0DEABD0AE8F1 : 000004 of 000004

NCAN : 000004 of 000004

CASE NO. 20-CI-004189

JEFFERSON CIRCUIT COURT
DIVISION EIGHT (8)
JUDGE AC MCKAY CHAUVIN

*Electronically Filed*

HENRY CHARTOFF, AS EXECUTOR OF
THE ESTATE OF ETHEL CHARTOFF and
DEBRA CHARTOFF                                                    PLAINTIFFS

v.

### DEFENDANT, THE TRAVELERS HOME AND MARINE INSURANCE COMPANY'S ANSWER TO COMPLAINT

SHIRLEY REISS, et al.                                            DEFENDANTS

\* \* \* \* \* \* \* \* \* \*

Comes the Defendant, The Travelers Home and Marine Insurance Company (hereinafter "Travelers Home and Marine Insurance Company"), by Counsel, and for its Answer to the Plaintiffs' Complaint, hereby states as follows:

### FIRST DEFENSE

The Complaint fails to state a claim against Travelers Home and Marine Insurance Company, either in whole or in part, upon which relief can be granted.

### SECOND DEFENSE

1.       In response to Paragraph 1 of the Plaintiffs' Complaint, Travelers Home and Marine Insurance Company admits that the motor vehicle accident referenced in the Plaintiffs' Complaint occurred on October 30, 2019 in Louisville, Jefferson County, Kentucky, but it denies the remaining allegations contained therein.

2.      Travelers Home and Marine Insurance Company is without sufficient knowledge or information to either affirm or deny the allegations contained in Paragraph 2 of the Plaintiffs' Complaint.

3.      Travelers Home and Marine Insurance Company is without sufficient knowledge or information to either affirm or deny the allegations contained in Paragraph 3 of the Plaintiffs' Complaint.

4.      Travelers Home and Marine Insurance Company is without sufficient knowledge or information to either affirm or deny the allegations contained in Paragraph 4 of the Plaintiffs' Complaint.

5.      Travelers Home and Marine Insurance Company admits the allegations contained in Paragraph 5 of the Plaintiffs' Complaint.

6.      Travelers Home and Marine Insurance Company is without sufficient knowledge or information to either affirm or deny the allegations contained in Paragraph 6 of the Plaintiffs' Complaint.

7.      Travelers Home and Marine Insurance Company is without sufficient knowledge or information to either affirm or deny the allegations contained in Paragraph 7 of the Plaintiffs' Complaint.

8.      Travelers Home and Marine Insurance Company denies the allegation in Paragraph 8 of the Plaintiffs' Complaint that the subject accident was the result of Shirley Reiss' negligent, grossly negligent, and/or careless conduct in the ownership and/or operation of her motor vehicle.  Travelers Home and Marine Insurance Company admits the allegation in Paragraph 8 of the Plaintiffs' Complaint that Ethel and Debra Chartoff were passengers in the other motor vehicle involved in the accident, which was driven by

Claude Dickerson, but Travelers Home and Marine Insurance Company is without sufficient knowledge or information to either affirm or deny the remaining allegations contained therein.

9.      In response to Paragraph 9 of the Plaintiffs' Complaint, Travelers Home and Marine Insurance Company admits that it insured the vehicle operated by Shirley Reiss on October 30, 2019, but it denies the remaining allegations contained therein.

10.     Travelers Home and Marine Insurance Company is without sufficient knowledge or information to either affirm or deny the allegations contained in Paragraph 10 of the Plaintiffs' Complaint.

11.     The allegations in Paragraph 11 of the Plaintiffs' Complaint does not pertain to Travelers Home and Marine Insurance Company and therefore no response is required. To the extent a response is required, Travelers Home and Marine Insurance Company is without sufficient knowledge or information to either affirm or deny the allegations contained therein.

12.     Travelers Home and Marine Insurance Company denies the allegation in Paragraph 12 of the Plaintiffs' Complaint that Ethel Chartoff died from injuries sustained in the October 30, 2019 motor vehicle accident but it is without sufficient knowledge or information to either affirm or deny the remaining allegations contained therein.

13.     Travelers Home and Marine Insurance Company is without sufficient knowledge or information to either affirm or deny the allegations contained in Paragraph 13 of the Plaintiffs' Complaint and therefore denies same.

14.     Travelers Home and Marine Insurance Company denies the allegations contained in Paragraph 14 of the Plaintiffs' Complaint.

0930440A-D553-4D4A-A5E1-B4A56F923C1A : 000003 of 000009

ANS : 000003 of 000009

3

15.     Travelers Home and Marine Insurance Company admits the allegations contained in Paragraph 15 of the Plaintiffs' Complaint.

16.     Travelers Home and Marine Insurance Company admits the allegations contained in Paragraph 16 of the Plaintiffs' Complaint.

17.     Travelers Home and Marine Insurance Company denies the allegations contained in Paragraph 17 of the Plaintiffs' Complaint as stated, but admits that it insured Shirley Reiss on the date of the accident subject to the terms, provisions, conditions and exclusions contained within the policy.

18.     Travelers Home and Marine Insurance Company denies the allegations contained in Paragraph 18 of the Plaintiffs' Complaint.

19.     Travelers Home and Marine Insurance Company denies the allegations contained in Paragraph 19 of the Plaintiffs' Complaint.

20.     Travelers Home and Marine Insurance Company denies the allegations in contained in Paragraph 20 of the Plaintiffs' Complaint as stated but admits that it engaged in pre-suit settlement negotiations with counsel for the Plaintiffs, which were unsuccessful.

21.     Travelers Home and Marine Insurance Company denies the allegations contained in Paragraph 21 of the Plaintiffs' Complaint.

22.     Travelers Home and Marine Insurance Company denies the allegations contained in Paragraph 22 of the Plaintiffs' Complaint.

23.     Travelers Home and Marine Insurance Company denies the allegations contained in Paragraph 23 of the Plaintiffs' Complaint.

24.     Travelers Home and Marine Insurance Company denies the allegations contained in Paragraph 24 of the Plaintiffs' Complaint.

25.     Any and all other allegations in the Plaintiffs' Complaint which are not specifically admitted herein are denied.

### THIRD DEFENSE

The Plaintiffs' injuries and/or damages, if any, may have been caused in whole or in part by their own negligence and/or the negligence of a third-party for whom Travelers Home and Marine Insurance Company is not responsible, but for which said injuries and/or damages, if any, would not have occurred.

### FOURTH DEFENSE

The Plaintiffs' claims may be barred in whole or in part by KRS 304.39-01 *et seq.* otherwise known as the Kentucky Motor Vehicle Reparations Act which Travelers Home and Marine Insurance Company adopts and incorporates herein as an affirmative defense.

### FIFTH DEFENSE

The Plaintiffs may have failed to mitigate their alleged damages, if any, and Travelers Home and Marine Insurance Company relies upon same as an affirmative defense.

### SIXTH DEFENSE

The Plaintiffs' claims against Travelers Home and Marine Insurance Company are barred in whole or in part by KRS 304.12-230 *et seq.* otherwise known as the Kentucky Unfair Claims Settlement Practices Act ("UCSPA"), which Travelers Home and Marine Insurance Company adopts and incorporates herein as an affirmative defense.

0930440A-D553-4D4A-A5E1-B4A56F923C1A : 000005 of 000009

ANS : 000005 of 000009

### SEVENTH DEFENSE

The claims against Travelers Home and Marine Insurance Company may be barred in whole or in part by the terms, provisions, conditions and exclusions in any applicable policy of insurance issued by Travelers to Shirley Reiss and Travelers Home and Marine Insurance Company relies upon same as an affirmative defense.

### EIGHTH DEFENSE

(1)     The claim of Plaintiffs for punitive and/or exemplary damages against Travelers Home and Marine Insurance Company cannot be sustained, because an award of punitive and/or exemplary damages under Kentucky law for the purpose of compensating Plaintiffs for elements of damage not otherwise recognized by Kentucky law would violate Travelers Home and Marine Insurance Company's due process rights guaranteed by the Fourteenth Amendment to the United States Constitution and by Section 2 of the Kentucky Constitution.

(2)     The claim of Plaintiffs for punitive and/or exemplary damages against Travelers Home and Marine Insurance Company cannot be sustained, because an award of punitive and/or exemplary damages under Kentucky law by a jury that (1) is not provided a standard of sufficient clarity for determining the appropriateness, or the appropriate size, of a punitive and/or exemplary damages award; (2) is not instructed on the limits on punitive and/or exemplary damages imposed by the applicable principles of deterrence and punishment; (3) is not expressly prohibited from awarding punitive and/or exemplary damages, in whole or in part, on the basis of invidiously discriminatory characteristics, including the corporate status of Travelers Home and Marine Insurance Company; (4) is permitted to award punitive and/or exemplary damages under a standard for determining

0930440A-D553-4D4A-A5E1-B4A56F923C1A : 000006 of 000009

ANS : 000006 of 000009

liability for punitive and/or exemplary damages that is vague and arbitrary and does not define with sufficient clarity the conduct or mental state that makes punitive and/or exemplary damages permissible; and (5) is not subject to judicial review on the basis of objective standards, would violate Travelers Home and Marine Insurance Company's due process and equal protection rights guaranteed by the Fourteenth Amendment to the United States Constitution and the double jeopardy clauses of the Fifth Amendment as incorporated into the Fourteenth Amendment and by Sections 2, 3, 13 and 17 of the Kentucky Constitution.

(3)     The claim of Plaintiffs for punitive and/or exemplary damages cannot be sustained, because an award of punitive and/or exemplary damages under Kentucky law without the same protections that are accorded to all criminal defendants, including protection against unreasonable searches and seizures, double jeopardy and self-incrimination and the rights to confront adverse witnesses, a speedy trial and the effective assistance of counsel would violate Travelers Home and Marine Insurance Company's rights under the Fourteenth Amendment to the United States Constitution and the Fourth, Fifth and Sixth Amendments as incorporated into the Fourteenth Amendment and Sections 2, 10, 11, 13 and 14 of the Kentucky Constitution.

(4)     Any award of punitive and/or exemplary damages based on anything other than Travelers Home and Marine Insurance Company's conduct in connection with the alleged incidents that are the subject of this lawsuit would violate the due process clause of the Fourteenth Amendment to the United States Constitution and the double jeopardy clause of the Fifth Amendment as incorporated into the Fourteenth Amendment and Sections 2 and 13 of the Kentucky Constitution, because any other judgment for punitive

and/or exemplary damages in this case cannot protect Travelers Home and Marine Insurance Company against impermissible multiple punishment for unrelated incidents.

## SEVENTH DEFENSE

The Plaintiffs may have failed to name indispensable parties to this action, which bars the claims asserted herein, either in whole or in part.

## EIGHTH DEFENSE

Travelers Home and Marine Insurance Company provisionally pleads as affirmative defenses those defenses of CR 8.03 as if fully restated herein, said defenses applicability to be determined during discovery and Travelers Home and Marine Insurance Company reserves the right to assert additional defenses, whether affirmative or otherwise about which it presently lacks sufficient knowledge or information but which may become available during the course of this litigation through discovery and other means.

WHEREFORE, the Defendant, The Travelers Home and Marine Insurance Company, by Counsel, respectfully demands as follows:

1. That the Plaintiffs' Complaints against it be dismissed *with prejudice*;

2. For its costs herein expended, including reasonable attorney's fees;

3. For a bifurcation and stay of the Plaintiffs' bad faith claims against Travelers Home and Marine Insurance Company until after the underlying claims have been resolved;

4. For a trial by jury on all issues so triable; and

5. For any and all other relief, legal or equitable to which it may appear entitled

Respectfully submitted,

SCHILLER BARNES MALONEY PLLC

*/s/ Michael S. Maloney*

_____

Michael S. Maloney, Esq.
Derrick R. Staton, Esq.
401 West Main Street, Suite 1600
Louisville, KY 40202
PH: (502) 625-1670
FAX: (502) 779-9328
mmaloney@sbmkylaw.com
dstaton@sbmkylaw.com
*Counsel for Defendant, The Travelers Home*
*and Marine Insurance Company*

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing has been electronically filed with the Ky. e-Filing system on this 23rd day of November, 2020, and electronic notice of same will be sent to the follow Counsel of record:

James M. Bolus, Jr., Esq.
Brennan J. Soergel, Esq.
600 W. Main Street, Suite 500
Louisville, KY 40202
bo@boluslaw.com
brennan@boluslaw.com
*Counsel for Plaintiff*

Thomas E. Stevens, Esq.
Blackburn Domene & Burchett
614 W. Main Street, Suite 3000
Louisville, KY 40202
tstevens@bdblawky.com
*Counsel for Defendant, National Indemnity*
*Company*

Michael P. Casey, Esq.
James M. Colyer, Esq.
Casey Bailey Maines PLLC
3151 Beaumont Centre Circle, Suite 200
Lexington, KY 40513
mcasey@cbmlaw.net
jcolyer@cbmlaw.net
*Counsel for Defendant, Shirley Reiss*

*/s/ Michael S. Maloney*

_____

SCHILLER BARNES MALONEY PLLC

Filed        20-CI-004189        01/20/2021        David L. Nicholson, Jefferson Circuit Clerk

COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT
DIVISION EIGHT (8)
CIVIL ACTION NO. 20-CI-004189
*Electronically Filed*

HENRY CHARTOFF AS EXECUTOR OF                                   PLAINTIFF
THE ESTATE OF ETHEL CHARTOFF and
DEBRA CHARTOFF

v.

SHIRLEY REISS, et al                                          DEFENDANTS

### NOTICE OF SERVICE

Defendant, National Indemnity Company, by and through counsel, hereby gives Notice of Service of Defendant's Responses to Plaintiff's First Set of Interrogatories and Requests for Production of Documents via electronic mail on January 19, 2021.

Respectfully submitted,

/s/ Thomas E. Stevens
Thomas E. Stevens
Blackburn Domene & Burchett, PLLC
614 W. Main Street, Suite 3000
Louisville, KY 40202
Phone: 502-584-1600
Fax: 502-584-9971
tstevens@bdblawky.com
*Counsel for National Indemnity Company*

CD7F1EC7-1192-4535-9395-57AA44E800A0 : 000001 of 000002

NO : 000001 of 000002

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing was filed with the above court electronically via the Kentucky CourtNet 2.0 E-filing system, on this 20th day of January, 2021. Electronic filers will receive service by CourtNet. A copy will be mailed to current non-filers.

James M. Bolus, Jr.
Brennan J. Soergel
600 West Main Street
Suite 500
Louisville, Kentucky 40202
*Counsel for Plaintiff*

Mike P. Casey
Casey Bailey & Maines, PLLC
3151 Beaumont Centre Circuit
Suite 200
Lexington, Kentucky 40513
*Counsel for Defendant Shirley Reiss*

/s/ Thomas E. Stevens
*Counsel for National Indemnity Company*

CD7F1EC7-1192-4535-9395-57AA44E800A0 : 000002 of 000002

NO : 000002 of 000002

COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT
DIVISION 8
CIVIL ACTION NO. 20-CI-004189
*Electronically Filed*

HENRY CHARTOFF AS EXECUTOR OF                              PLAINTIFFS
THE ESTATE OF ETHEL CHARTOFF and
DEBRA CHARTOFF

v.

SHIRLEY REISS, et al.                                     DEFENDANTS

<u>**NOTICE TO TAKE DEPOSITION**</u>

Defendant, National Indemnity Company, by and through undersigned counsel, will take

the deposition of **Debra Chartoff** on the **10th day of March, 2021, beginning at 3:30 p.m.**

**EST,** via Zoom or immediately following the deposition of Henry Chartoff and continuing until

completed, holidays excepted. Said deposition shall be taken for the purpose of discovery and

any and all other purposes permitted by the State Rules of Civil Procedure and will continue,

day-to-day, until completed, or upon agreement of the parties.

Respectfully submitted,

*/s/ Thomas E. Stevens*
Thomas E. Stevens
Anna C. Zwicky
Blackburn Domene & Burchett
614 W. Main Street, Suite 3000
Louisville, KY  40202
Phone:  502-584-1600
Fax:  502-584-9771
tstevens@bdblawky.com
azwicky@bdblawky.com
*Counsel for Defendant*
*National Indemnity Company*

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing was filed with the above court electronically via the Kentucky CourtNet 2.0 E-filing system, on this 15th day of February, 2021. Electronic filers will receive service by CourtNet. A copy will be mailed to current non-filers.

James M. Bolus, Jr.
Brennan J. Soergel
600 W. Main Street, Suite 500
Louisville, KY 40202
Bo@boluslaw.com
Brennan@boluslaw.com
*Counsel for Plaintiff*

Michael P. Casey
Jason M. Colyer
Casey Bailey & Maines, PLLC
3151 Beaumont Centre Circle, Suite 200
Lexington, KY 40513
mcasey@cbmlaw.net
jcolyer@cbmlaw.net
*Counsel for Defendant Shirley Reiss*

Michael S. Maloney
Derrick R .Staton
401 West Main Street, Suite 1600
Louisville, Kentucky 40202
mmaloney@sbmkylaw.com
dstaton@sbmkylaw.com
*Counsel for Defendant Travelers Insurance Company*

Kentuckiana Court Reporters
*Via email*

/s/ Thomas E. Stevens
*Counsel for Defendant*
*National Indemnity Company*

Filed        20-CI-004189        02/15/2021        David L. Nicholson, Jefferson Circuit Clerk

COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT
DIVISION 8
CIVIL ACTION NO. 20-CI-004189
*Electronically Filed*

HENRY CHARTOFF AS EXECUTOR OF                                    PLAINTIFFS
THE ESTATE OF ETHEL CHARTOFF and
DEBRA CHARTOFF

v.

SHIRLEY REISS, et al.                                           DEFENDANTS

## NOTICE TO TAKE DEPOSITION

Defendant, National Indemnity Company, by and through undersigned counsel, will take the deposition of **Henry Chartoff** on the **10th day of March, 2021, beginning at 1:30 p.m. EST,** via Zoom continuing until completed, holidays excepted. Said deposition shall be taken for the purpose of discovery and any and all other purposes permitted by the State Rules of Civil Procedure and will continue, day-to-day, until completed, or upon agreement of the parties.

Respectfully submitted,

*/s/ Thomas E. Stevens*
Thomas E. Stevens
Anna C. Zwicky
Blackburn Domene & Burchett
614 W. Main Street, Suite 3000
Louisville, KY  40202
Phone:  502-584-1600
Fax:  502-584-9771
tstevens@bdblawky.com
azwicky@bdblawky.com
*Counsel for Defendant*
*National Indemnity Company*

Filed        20-CI-004189        02/15/2021        David L. Nicholson, Jefferson Circuit Clerk

### CERTIFICATE OF SERVICE

It is hereby certified that the foregoing was filed with the above court electronically via the Kentucky CourtNet 2.0 E-filing system, on this 15th day of February, 2021. Electronic filers will receive service by CourtNet. A copy will be mailed to current non-filers.

James M. Bolus, Jr.
Brennan J. Soergel
600 W. Main Street, Suite 500
Louisville, KY 40202
Bo@boluslaw.com
Brennan@boluslaw.com
*Counsel for Plaintiff*

Michael P. Casey
Jason M. Colyer
Casey Bailey & Maines, PLLC
3151 Beaumont Centre Circle, Suite 200
Lexington, KY 40513
mcasey@cbmlaw.net
jcolyer@cbmlaw.net
*Counsel for Defendant Shirley Reiss*

Michael S. Maloney
Derrick R .Staton
401 West Main Street, Suite 1600
Louisville, Kentucky 40202
mmaloney@sbmkylaw.com
dstaton@sbmkylaw.com
*Counsel for Defendant Travelers Insurance Company*

Kentuckiana Court Reporters
*Via email*

/s/ Thomas E. Stevens
*Counsel for Defendant*
*National Indemnity Company*

BB48EF21-0B35-4DE4-90AE-916D490C4B47 : 000004 of 000004

NTD : 000002 of 000002

CASE NO. 20-CI-4189          JEFFERSON CIRCUIT COURT

**\*ELECTRONICALLY FILED\***

HENRY CHARTOFF, AS EXECUTOR OF THE ESTATE
OF ETHEL CHARTOFF, AND DEBRA CHARTOFF,        PLAINTIFFS

vs.

SHIRLEY REISS, et al.,                   DEFENDANTS

\*\* \*\* \*\* \*\* \*\*

## MEDIATOR'S REPORT TO THE COURT

Comes now Peter D. Palmer, the agreed upon Mediator in said case, and hereby reports to the Court that mediation in this action occurred on February 22, 2021. All parties were present or represented by counsel.

As a result of the mediation process, all claims between Plaintiffs against Defendant Shirley Reiss have been resolved, with dismissal pleadings to follow. The claims between Plaintiffs and Defendants National Indemnity Company were not resolved and remain pending with this Court.

Dated this 23rd day of February, 2021.

Respectfully submitted,

/s/ Peter D. Palmer
Peter D. Palmer, #85951
**PETE PALMER LAW, LLC**
303 Scribner Drive, Suite 200
New Albany, IN 47150
(812) 338-5500

cc: Counsel of Record

COMMONWEALTH OF KENTUCKY
JEFFERSON CIRCUIT COURT
DIVISION 8
CIVIL ACTION NO. 20-CI-004189
*Electronically Filed*

HENRY CHARTOFF AS EXECUTOR OF                              PLAINTIFFS
THE ESTATE OF ETHEL CHARTOFF and
DEBRA CHARTOFF

v.

SHIRLEY REISS, et al.                                       DEFENDANTS

## RE-NOTICE TO TAKE DEPOSITION

Defendant, National Indemnity Company, by and through undersigned counsel, will take

the deposition of **Debra Chartoff** on the **7th day of April, 2021, beginning at 9:30 a.m. EST,** via

Zoom and continuing until completed, holidays excepted. Said deposition shall be taken for the

purpose of discovery and any and all other purposes permitted by the State Rules of Civil

Procedure and will continue, day-to-day, until completed, or upon agreement of the parties.

Respectfully submitted,

*/s/ Thomas E. Stevens*
Thomas E. Stevens
Anna C. Zwicky
Blackburn Domene & Burchett
614 W. Main Street, Suite 3000
Louisville, KY 40202
Phone: 502-584-1600
Fax: 502-584-9771
tstevens@bdblawky.com
azwicky@bdblawky.com
*Counsel for Defendant*
*National Indemnity Company*

615A36B5-6F11-4ABD-BD3A-5F39730CE4047 : 000001 of 000002

NTD : 000001 of 000002

## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing was filed with the above court electronically via the Kentucky CourtNet 2.0 E-filing system, on this 17th day of March, 2021. Electronic filers will receive service by CourtNet. A copy will be mailed to current non-filers.

James M. Bolus, Jr.
Brennan J. Soergel
600 W. Main Street, Suite 500
Louisville, KY 40202
Bo@boluslaw.com
Brennan@boluslaw.com
*Counsel for Plaintiff*

Michael P. Casey
Casey Bailey & Maines, PLLC
3151 Beaumont Centre Circle, Suite 200
Lexington, KY 40513
mcasey@cbmlaw.net
jcolyer@cbmlaw.net
*Counsel for Defendant Shirley Reiss*

Michael S. Maloney
Derrick R. Staton
401 West Main Street, Suite 1600
Louisville, Kentucky 40202
mmaloney@sbmkylaw.com
dstaton@sbmkylaw.com
*Counsel for Defendant Travelers Insurance Company*

Kentuckiana Court Reporters
*Via email*

/s/ *Thomas E. Stevens*
*Counsel for Defendant*
*National Indemnity Company*

615A36B5-6F11-4ABD-BD3A-5F3973CE4047 : 000002 of 000002

NTD : 000002 of 000002